# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Public Employees' Retirement System of Mississippi, *on behalf of itself and all others similarly situated*,

    Plaintiff

v.

Mylan N.V., Heather Bresch, Rajiv Malik, Anthony Mauro, and Kenneth Parks,

    Defendants.

No. 2:20-cv-00955

## NOTICE OF APPEARANCE

KINDLY enter my appearance in the above captioned matter for the Defendants, Mylan N.V., Heather Bresch, Rajiv Malik, Anthony Mauro, and Kenneth Parks. Thank you.

Respectfully submitted:

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP

By:    */s/ John A. Schwab*
JOHN A. SCHWAB, ESQUIRE
Pa. I.D. No.: 89596

38th Floor, One Oxford Centre
Pittsburgh, PA 15219
412-263-4370
jas@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather Bresch, Rajiv Malik, Anthony Mauro, and Kenneth Parks*

Date: July 21, 2020

#5357569