**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN N.V., HEATHER BRESCH, RAJIV MALIK, ANTHONY MAURO, and KENNETH PARKS,<br><br>Defendants. | Case No. 2:20-cv-00955-NR<br><br>CLASS ACTION |

**DECLARATION OF M. JANET BURKARDT IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, M. Janet Burkardt, declare as follows:

1. I am a member in good standing of the bars of the State of Pennsylvania and of this Court. I am a partner in the law firm of Weiss Burkardt Kramer. I submit this declaration in support of the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") for the entry of an Order: (i) appointing Mississippi as Lead Plaintiff; (ii) approving Mississippi's selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") as Lead Counsel for the Class; and (iii) granting such other relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A: Certification of Mississippi;

EXHIBIT B: Declaration of Ta'Shia S. Gordon in Support of the Motion of the Public Employees' Retirement System of Mississippi for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel;

EXHIBIT C: Notice of pendency of *Public Employees' Retirement System of Mississippi v. Mylan N.V.*, No. 2:20-cv-00955-NR (W.D. Pa.), published by *PR Newswire* on June 26, 2020;

EXHIBIT D: Firm Résumé of Bernstein Litowitz; and

EXHIBIT E: Firm Résumé of Kessler Topaz.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 25, 2020          /s/ M. Janet Burkardt
     Pittsburgh, Pennsylvania          M. Janet Burkardt

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ M. Janet Burkardt*
M. Janet Burkardt (PA. I.D. #85582)