# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Ta'Shia S. Gordon, on behalf of Public Employees' Retirement System of Mississippi ("Mississippi"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi. I am fully authorized to enter into and execute this Certification on behalf of Mississippi. I have reviewed the complaint and authorize its filing.

2. Mississippi did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Mississippi is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Mississippi's transactions in the Mylan N.V. securities that are the subject of this action are set forth in the chart attached hereto.

5. Mississippi has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*In re Dr. Reddy's Laboratories Limited Securities Litigation,* No. 17-cv-6436 (D.N.J.)
*In re Acuity Brands, Inc. Securities Litigation,* No. 18-cv-2140 (N.D. Ga.)
*Wigginton v. Advance Auto Parts, Inc.,* No. 18-cv-212 (D. Del.)
*In re Wageworks, Inc. Securities Litigation,* No. 18-cv-1523 (N.D. Cal.)
*In re Facebook, Inc. Securities Litigation,* No. 18-cv-1725 (N.D. Cal.)
*Gordon v. Nielsen Holdings plc,* No. 18-cv-7143 (S.D.N.Y.)
*Edwards v. McDermott International,* No. 18-cv-4330 (S.D. Tex.)
*Seeks v. The Boeing Company,* No. 19-cv-2394 (N.D. Ill.)
*Public Employees' Retirement System of Mississippi v. Mohawk Industries, Inc.,*
No. 20-cv-00005 (N.D. Ga.)
*Cambridge Retirement System v. JELD-WEN Holding, Inc.,* No. 20-cv-112 (E.D. Va.)

6. Mississippi has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

*Public Employees' Retirement System of Mississippi v. Sprouts Farmers Market Incorporated,* No. 18-cv-695 (D. Ariz.)
*Cambridge Retirement System v. Mednax, Inc.,* No. 18-cv-61572 (S.D. Fla.)
*Jansen v. International Flavors & Fragrances Inc.,* No. 19-cv-7536 (S.D.N.Y.)

7. Mississippi will not accept any payment for serving as a representative party on behalf of the Class beyond Mississippi's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June, 2020.

Ta'Shia S. Gordon
*Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi on behalf of the Public Employees' Retirement System of Mississippi*

**Public Employees' Retirement System of Mississippi**
**Transactions in Mylan N.V**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/3/2016 | 1,112 | 44.3800 |
| Purchase | 6/6/2016 | 75,723 | 46.2314 |
| Purchase | 6/6/2016 | 891 | 45.5750 |
| Purchase | 6/6/2016 | 5,433 | 46.1063 |
| Purchase | 6/7/2016 | 5,316 | 46.5808 |
| Purchase | 6/7/2016 | 48,505 | 46.1500 |
| Purchase | 6/8/2016 | 34,190 | 46.4805 |
| Purchase | 6/8/2016 | 13,360 | 46.5567 |
| Purchase | 6/9/2016 | 5,567 | 46.3014 |
| Purchase | 6/9/2016 | 31,474 | 45.9718 |
| Purchase | 6/17/2016 | 3,004 | 45.0040 |
| Purchase | 6/24/2016 | 15,900 | 43.5600 |
| Purchase | 8/4/2016 | 4,461 | 48.5400 |
| Purchase | 9/16/2016 | 2,567 | 41.7814 |
| Purchase | 2/24/2017 | 500 | 42.1600 |
| Purchase | 6/16/2017 | 1,060 | 36.7110 |
| Purchase | 6/20/2017 | 9,300 | 37.4663 |
| Purchase | 6/23/2017 | 3,035 | 39.0300 |
| Purchase | 9/15/2017 | 11,533 | 32.0205 |
| Purchase | 10/25/2017 | 461 | 38.8901 |
| Purchase | 12/15/2017 | 509 | 40.5100 |
| Purchase | 2/13/2018 | 87,531 | 40.4207 |
| Purchase | 2/13/2018 | 8,723 | 40.3095 |
| Purchase | 2/14/2018 | 66,664 | 41.1549 |
| Purchase | 2/15/2018 | 5,691 | 41.4609 |
| Purchase | 3/13/2018 | 91 | 42.8300 |
| Purchase | 3/16/2018 | 347 | 41.7212 |
| Purchase | 3/26/2018 | 34,244 | 39.5063 |
| Purchase | 6/13/2018 | 59,682 | 42.0698 |
| Purchase | 6/14/2018 | 40,476 | 39.4719 |
| Purchase | 6/15/2018 | 22,642 | 39.2780 |
| Purchase | 6/15/2018 | 674 | 38.9904 |
| Purchase | 6/19/2018 | 1,015 | 38.0800 |
| Purchase | 6/19/2018 | 13,947 | 38.5482 |
| Purchase | 6/19/2018 | 1,401 | 38.6400 |
| Purchase | 6/19/2018 | 6,551 | 38.5835 |
| Purchase | 6/19/2018 | 154 | 38.5500 |
| Purchase | 6/20/2018 | 10,807 | 38.7479 |

**Public Employees' Retirement System of Mississippi**
**Transactions in Mylan N.V**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 6/20/2018 | 4,549 | 38.7603 |
| Purchase | 6/20/2018 | 7,051 | 38.8050 |
| Purchase | 6/21/2018 | 10,051 | 38.5998 |
| Purchase | 6/22/2018 | 14,809 | 38.2797 |
| Purchase | 7/17/2018 | 275 | 36.2700 |
| Purchase | 8/2/2018 | 88 | 36.4900 |
| Purchase | 9/13/2018 | 80 | 37.9700 |
| Purchase | 9/21/2018 | 78 | 38.9900 |
| Purchase | 10/23/2018 | 95 | 31.6800 |
| Purchase | 11/16/2018 | 8,153 | 34.8673 |
| Purchase | 11/19/2018 | 9,962 | 34.6657 |
| Purchase | 11/19/2018 | 3,057 | 34.8000 |
| Purchase | 11/19/2018 | 3,702 | 34.5503 |
| Purchase | 11/20/2018 | 17,273 | 34.9100 |
| Purchase | 11/20/2018 | 21,051 | 34.1176 |
| Purchase | 11/29/2018 | 88 | 33.7800 |
| Purchase | 12/11/2018 | 101 | 30.3500 |
| Purchase | 12/21/2018 | 194 | 26.4600 |
| Purchase | 12/21/2018 | 42,700 | 26.4570 |
| Purchase | 12/21/2018 | 1,387 | 26.4573 |
| Purchase | 1/2/2019 | 110 | 27.9200 |
| Purchase | 3/15/2019 | 235 | 28.0900 |
| Purchase | 4/8/2019 | 109 | 27.4700 |
| Sale | 11/10/2016 | (2,277) | 38.2800 |
| Sale | 11/10/2016 | (6,658) | 38.2800 |
| Sale | 11/11/2016 | (16,914) | 37.6555 |
| Sale | 11/11/2016 | (1,900) | 37.9300 |
| Sale | 1/23/2017 | (14,984) | 36.3086 |
| Sale | 1/23/2017 | (2,882) | 36.5650 |
| Sale | 1/24/2017 | (8,647) | 35.4633 |
| Sale | 1/24/2017 | (42,390) | 35.6846 |
| Sale | 1/25/2017 | (17,593) | 36.4585 |
| Sale | 1/25/2017 | (6,634) | 36.5285 |
| Sale | 1/25/2017 | (1,713) | 36.4073 |
| Sale | 2/2/2017 | (30,446) | 38.8250 |
| Sale | 2/2/2017 | (9,085) | 38.9582 |
| Sale | 2/2/2017 | (10,352) | 38.8421 |

**Public Employees' Retirement System of Mississippi**
**Transactions in Mylan N.V**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 2/2/2017 | (18,268) | 38.8650 |
| Sale | 2/3/2017 | (1,997) | 39.1450 |
| Sale | 2/3/2017 | (10,791) | 39.1894 |
| Sale | 2/6/2017 | (3,919) | 39.9800 |
| Sale | 2/9/2017 | (10,963) | 39.2906 |
| Sale | 2/9/2017 | (23,781) | 39.2148 |
| Sale | 2/9/2017 | (13,648) | 39.2148 |
| Sale | 2/9/2017 | (26,189) | 39.3033 |
| Sale | 2/17/2017 | (71,955) | 42.0367 |
| Sale | 3/6/2017 | (556) | 44.0400 |
| Sale | 3/6/2017 | (1,630) | 44.0400 |
| Sale | 8/11/2017 | (4,800) | 30.8800 |
| Sale | 8/11/2017 | (4,246) | 30.8800 |
| Sale | 8/25/2017 | (2,171) | 30.5300 |
| Sale | 9/25/2017 | (2,430) | 31.4800 |
| Sale | 12/13/2017 | (2,200) | 39.5300 |
| Sale | 12/13/2017 | (2,109) | 39.5300 |
| Sale | 12/13/2017 | (416) | 39.5300 |
| Sale | 2/8/2018 | (4,206) | 39.2500 |
| Sale | 2/20/2018 | (4,132) | 41.3400 |
| Sale | 3/16/2018 | (2,425) | 41.7380 |
| Sale | 6/22/2018 | (2,634) | 38.3102 |
| Sale | 10/23/2018 | (2,610) | 32.1100 |
| Sale | 10/26/2018 | (98) | 31.2910 |