# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN N.V., HEATHER BRESCH, RAJIV MALIK, ANTHONY MAURO, and KENNETH PARKS,<br><br>Defendants. | Case No. 2:20-cv-00955-NR<br><br>CLASS ACTION |

**DECLARATION OF TA'SHIA S. GORDON IN SUPPORT OF THE MOTION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Ta'Shia S. Gordon, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I respectfully submit this Declaration in support of the motion of the Public Employees' Retirement System of Mississippi ("Mississippi" or the "System") for appointment as Lead Plaintiff in the above-captioned securities class action on behalf of investors in Mylan N.V. ("Mylan") pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA, including the selection and retention of counsel and overseeing the prosecution of this litigation, and have personal knowledge about the information in this Declaration.

2.      I am a Special Assistant Attorney General in the Office of the Attorney General of the State of Mississippi ("OAG") and am authorized to make this Declaration on Mississippi's behalf.  Mississippi is the retirement system for nearly all non-federal public employees in the State of Mississippi, providing benefits to over 100,000 retirees, and future benefits to more than 200,000 current and former employees.  In that regard, Mississippi manages over $28 billion in assets for its beneficiaries.  As reflected in its certification, Mississippi suffered substantial losses as a result of its investment in Mylan securities.

3.      Mississippi is thoroughly familiar with the duties and responsibilities of serving as a Lead Plaintiff under the PSLRA.  This understanding is based on, among other matters, Mississippi's successful prosecution of over 20 securities class actions since the passage of the PSLRA, which resulted in combined recoveries of over $3.8 billion for investors.  Among those cases are two of the largest securities class action recoveries in the Third Circuit: *In re Merck & Co. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), which resulted in a recovery of $1.06 billion; and *In re Schering-Plough Corporation/ENHANCE Securities*

*Litigation*, No. 08-cv-397 (D.N.J.), which resulted in a recovery of $473 million for investors.

4.      As a sophisticated institutional investor with a wealth of experience serving as a Lead Plaintiff in securities class actions, Mississippi employs a thoughtful and deliberative process when deciding whether to seek appointment as Lead Plaintiff.  Specifically, before pursuing any securities class action matter, Mississippi and the OAG undertake a specific process to determine whether doing so is in the best interests of Mississippi's members, and whether Mississippi's and the OAG's involvement would positively impact the resolution of the case.

5.      Mississippi and the OAG followed that process here.  Following disclosures concerning the violations at Mylan's Morgantown drug manufacturing facility, Mississippi and the OAG investigated investors' claims through their counsel, reviewed the losses the System incurred as a result of Mylan's alleged misconduct, considered the corporate governance failings at issue in this case, and decided that Mississippi should file a complaint asserting these claims and then seek appointment as Lead Plaintiff in this action.  That determination was based on an understanding that the *Mylan* securities class action is an important and complex action that implicates serious public policy issues that are of great concern to Mississippi, the OAG, and to the investment community at large.  It is for these reasons, among others, that Mississippi decided to file this action and seek appointment as Lead Plaintiff.

6.      Because Mississippi incurred substantial losses as a result of defendants' violations of the federal securities laws, it is highly motivated to oversee the prosecution of this action. Accordingly, Mississippi believes that this case must be prosecuted by a sophisticated investor with a large financial interest to ensure that the action is litigated vigorously, efficiently, and in the best interests of the Class.  Mississippi's primary goal in prosecuting these claims is to maximize the recovery of the Class from all potentially culpable parties.  For these reasons, among others,

Mississippi determined that it could maximize the recovery in this action by serving as Lead Plaintiff.

7.       Mississippi understands that, if it is appointed as Lead Plaintiff, it will have fiduciary duties to the proposed Class, including the duties to maximize recovery for all Class members, to supervise the litigation, and to ensure that the litigation is prosecuted effectively and efficiently by Lead Counsel.  Mississippi is committed to serving as a Class representative and believes that its adequacy is demonstrated by, among other things, the careful and deliberate process it has undertaken in determining to seek a leadership role, repeatedly conferring with counsel and providing input to counsel regarding litigation strategy and other matters, and directing its proposed Lead Counsel to ensure the action is prosecuted efficiently.  Mississippi understands that its role as a fiduciary requires it to be prepared, as necessary, to have its representatives attend court proceedings, make themselves available for depositions, settlement mediations, and hearings, and review and authorize the filing of important litigation documents, and is committed to doing so in this case.

8.       Mississippi and the OAG also understand and appreciate that the Lead Plaintiff's role under the PSLRA is to select and retain Lead Counsel and to supervise the prosecution of the action.  Indeed, Mississippi and the OAG take very seriously their obligation to ensure that the Lead Counsel selected has experience in litigating complex securities class actions efficiently and effectively, and will operate pursuant to the Lead Plaintiff's direction and authority.  One of the factors motivating Mississippi to seek appointment as Lead Plaintiff in this action is to ensure, through supervision of its chosen counsel, that the action is prosecuted for the benefit of the Class in an efficient and cost-effective manner.

9.       The OAG selected Bernstein Litowitz Berger & Grossmann LLP ("Bernstein

Litowitz") and Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the Class. Mississippi and the OAG have a strong track record of directing both Bernstein Litowitz and Kessler Topaz to prosecute securities fraud claims and achieve significant recoveries for investors. *See, e.g.*, *La. Mun. Pub. Emps' Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*, No. 11-cv-289 (D. Vt.) ($36.5 million recovery with Mississippi serving as a lead plaintiff, and Bernstein Litowitz and Kessler Topaz serving as co-lead counsel). Mississippi and the OAG are aware that Bernstein Litowitz and Kessler Topaz have successfully prosecuted, and are currently prosecuting, several securities class actions together, and that they have a demonstrated track record for achieving some of the largest securities class action recoveries while working together efficiently and in a cost-effective manner. *See, e.g.*, *In re Bank of Am. Corp. Sec., Derivative, & ERISA Litig.*, No. 09-md-2058 (S.D.N.Y.) ($2.425 billion recovery with Bernstein Litowitz and Kessler Topaz as co-lead counsel); *In re Wachovia Preferred Sec. & Bond/Notes Litig.*, No. 09-cv-6351 (S.D.N.Y.) ($627 million recovery with Bernstein Litowitz and Kessler Topaz as co-lead counsel); *In re Allergan Generic Drug Pricing Sec. Litig.*, No. 16-cv-9449 (D.N.J.) (Bernstein Litowitz and Kessler Topaz currently serving as co-lead counsel). Accordingly, Mississippi and the OAG are confident that Bernstein Litowitz and Kessler Topaz will vigorously prosecute the action in a cost-effective manner and in the best interests of all members of the proposed Class.

10. To further ensure that this litigation will be prosecuted efficiently and without duplicative effort, prior to seeking appointment as Lead Plaintiff, the OAG instructed Bernstein Litowitz and Kessler Topaz to enter into a Joint Prosecution Agreement to govern counsel's activities in this litigation. The OAG has further instructed Bernstein Litowitz and Kessler Topaz to provide the Joint Prosecution Agreement to the Court for *in camera* review should the Court deem such a review helpful. Consistent with the Joint Prosecution Agreement, as part of

Mississippi's and the OAG's oversight of counsel, and to ensure there is no duplication of effort, the OAG has instructed proposed Lead Counsel to keep contemporaneous time records to be provided to us upon request.  Ultimately, the OAG believes the experience and success of Bernstein Litowitz and Kessler Topaz in jointly prosecuting securities class actions, combined with the OAG's oversight of these firms, will ensure that the Class receives the best possible representation in this case.

11.    Through Mississippi's experience representing investors in prior securities class actions, Mississippi and the OAG have developed the necessary methods and practices to effectively oversee the work of Lead Counsel, and to ensure that each case is prosecuted vigorously, efficiently, and in a cost-effective manner.  As part of my responsibilities as Special Assistant Attorney General, I personally oversee all outside counsel retained by or on behalf of Mississippi in the securities litigation context.  I am involved in the prosecution from the outset and I, along with a team of several other attorneys, review pleadings, attend hearings, provide deposition testimony, and attend mediations, during which I take on an active role.  Indeed, my colleagues and I are actively involved in all discussions regarding case prosecution, trial strategy, and other important strategic matters.  We review the submissions that Mississippi is filing in this case, have communicated on a regular basis with counsel with regard to this litigation, as well as with the Mississippi Attorney General to whom we directly report.

12.    In addition to my and the OAG's personal involvement, Mississippi has a devoted Board and staff responsible for overseeing its prosecution of actions in which it is serving as Lead Plaintiff.  These staff members assist the OAG in overseeing counsel in securities actions in which Mississippi has a role.  In each such case, Mississippi is committed to devoting the necessary resources, personnel, and attention in order to maximize the recovery for Mississippi's

5

beneficiaries and all absent Class members. As a result of its hard work and devoted efforts, Mississippi has secured numerous excellent recoveries in its representation of investors in other cases.

13.     Should Mississippi be appointed Lead Plaintiff in this action, I can assure this Court that Mississippi and the OAG will devote these same resources, personnel, and attention to obtain the maximum benefit for the Class. Mississippi has proudly recovered billions of dollars for investors in securities class actions in which it has served as a Lead Plaintiff and will seek to achieve the best possible result for the Class here.

14.     I take the fiduciary obligations owed by a Lead Plaintiff to the Class seriously and hereby affirm my, Mississippi's, and the OAG's commitment to maximize the potential recovery for the Class, actively monitor counsel, and to otherwise fulfill the duties that Mississippi will assume if appointed as Lead Plaintiff.

**[REMAINDER INTENTIONALLY BLANK]**

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed this 24th day of August 2020.

_____
Ta'Shia S. Gordon
Special Assistant Attorney General
*On behalf of Mississippi*