UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN N.V., HEATHER BRESCH, RAJIV MALIK, ANTHONY MAURO, and KENNETH PARKS,<br><br>Defendants. | Case No. 2:20-cv-00955-NR<br><br>CLASS ACTION |

**ORDER APPOINTING THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

Upon consideration of: (1) the Motion of the Public Employees' Retirement System of Mississippi ("Mississippi") for appointment as Lead Plaintiff and approval of its selection of Lead Counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of M. Janet Burkardt; and (4) all other pleadings and argument submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. Mississippi's Motion is **GRANTED**.

2. Mississippi is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3. Mississippi's selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Kessler Topaz Meltzer & Check, LLP are **APPOINTED** as Lead Counsel for the Class.

4. Pursuant to Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5. This action will be captioned "*In re Mylan N.V. Securities Litigation*," and the file shall be maintained under Master File No. 2:20-cv-00955-NR.

**IT IS SO ORDERED**.

Dated: _September 14_, 2020

                                                              s/ J. Nicholas Ranjan
                                                              HON. J. NICHOLAS RANJAN
                                                              UNITED STATES DISTRICT JUDGE