# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI,

       Plaintiff,

       v.

MYLAN, N.V., et al.

       Defendant.

2:20-cv-955

**Hearing Type:** Telephonic Status Copnference

**Date:** 11/3/20

**Before:** Judge J. Nicholas Ranjan

| | |
|---|---|
| Counsel for Plaintiff | Katherine Sinderson, et al. |
| Counsel for Defendant | Nina Locker, et al. |
| Court Reporter | none |
| Law Clerk | JA |
| Start time | 3:38 |
| End time | 3:52 |

**SUMMARY OF PROCEEDINGS:**

Telephonic Status Conference held to discuss the current status of the case.