**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks ("Defendants") respectfully submit this Notice of Supplemental Authority to apprise the Court of a decision issued in *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*, No. 2:20-cv-02155-SRC-CLW, 2021 WL 4191467 (D.N.J. Sept. 15, 2021) (attached hereto as Exhibit A).

In *Becton*, the district court dismissed securities fraud claims in their entirety holding that defendants were not required to disclose Form 483s as a matter of law because Form 483s are merely "interim FDA feedback[.]" *Id.* at *12 & n.18 (quoting *Schaeffer v. Nabriva Therapeutics plc*, No. 19 Civ. 4183 (VM), 2020 WL 7701463, at *9 (S.D.N.Y. Apr. 28, 2020)). The *Becton* court also held that risk factors concerning potential adverse FDA action were not misleading by virtue of non-definitive FDA feedback including Form 483s. *Id.* at *14-15. With respect to scienter, the *Becton* court rejected both the corporate scienter doctrine (*id.* at *17) and unindividuated core operations allegations (*id.* at *19) and ruled that an absence of stock sales by an individual defendant cuts against any proof of scienter. *Id.* at *21.

Dated: September 27, 2021

Respectfully submitted,

By: /s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Laurie B. Smilan (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
lsmilan@wsgr.com

Michael S. Sommer (*pro hac vice*)
Jessica L. Margolis (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
msommer@wsgr.com
jmargolis@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
John A. Schwab (PA I.D. # 89596)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com
jas@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather
Bresch, Rajiv Malik, and Kenneth Parks*

2

## CERTIFICATE OF SERVICE

I, Nina F. Locker, attorney for Defendants, hereby certify that on this 27th day of September, 2021, I served a true and correct copy of Defendants' Notice of Supplemental Authority on all parties and/or their counsel via the Court's ECF electronic filing system.

Dated: September 27, 2021                    Respectfully submitted,

By: /s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Laurie B. Smilan (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
lsmilan@wsgr.com

Michael S. Sommer (*pro hac vice*)
Jessica L. Margolis (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
msommer@wsgr.com
jmargolis@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
John A. Schwab (PA I.D. # 89596)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com
jas@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks*

3