**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|   |   |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**<u>DEFENDANTS' MOTION TO STRIKE LEAD PLAINTIFF'S RESPONSE TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks (collectively, "Defendants") respectfully submit this Motion to Strike averring as follows:

1.      Defendants object to Lead Plaintiff's filing of its Response to Defendants' Notice of Supplemental Authority (Dkt. No. 63), which document is not contemplated by the Federal Rules of Civil Procedure or the Practices and Procedures of this Honorable Court.

2.      Defendants submitted a single paragraph, two-sentence Notice of Supplemental Authority (Dkt No. 62) to apprise the Court of the recent decision issued in *In re Peabody Energy Corp. Sec. Litig.*, No. 20-cv-8024 (PKC), 2022 WL 671222 (S.D.N.Y. Mar. 7, 2022). Defendants' Notice merely notified the Court of the decision and attached it as an exhibit, and did not include any legal argument. Without seeking leave of Court, Lead Plaintiff submitted a more than three-page supplemental brief that reiterates Lead Plaintiff's prior arguments under the guise of distinguishing *In re Peabody*. It is therefore an improper supplemental brief and is not properly characterized as a "response" to Defendants' Notice.

3.      As such, Defendants request that the Court strike Lead Plaintiff's Response as procedurally and substantively improper and beyond the scope of Defendants' Notice of

Supplemental Authority.  It is the process and procedure as much as the substance of Lead

Plaintiff's Response that warrants this Motion to Strike.

4.      In the alternative, Defendants request permission to file a three-page response to

Lead Plaintiff's Response.


Dated:  April 14, 2022                          Respectfully submitted,

                                                By: /s/ *Nina F. Locker*
                                                Nina F. Locker (*pro hac vice*)
                                                Laurie B. Smilan (*pro hac vice*)
                                                WILSON SONSINI GOODRICH & ROSATI, P.C.
                                                650 Page Mill Road
                                                Palo Alto, California 94304
                                                Telephone: (650) 493-9300
                                                Facsimile: (650) 493-6811
                                                nlocker@wsgr.com
                                                lsmilan@wsgr.com

                                                Michael S. Sommer (*pro hac vice*)
                                                Jessica L. Margolis (*pro hac vice*)
                                                Sheryl Shapiro Bassin (*pro hac vice*)
                                                WILSON SONSINI GOODRICH & ROSATI, P.C.
                                                1301 Avenue of the Americas, 40th Floor
                                                New York, New York 10019
                                                Telephone: (212) 999-5800
                                                Facsimile: (212) 999-5899
                                                msommer@wsgr.com
                                                jmargolis@wsgr.com
                                                sbassin@wsgr.com

                                                William Pietragallo, II (PA I.D. # 16413)
                                                PIETRAGALLO GORDON ALFANO
                                                BOSICK & RASPANTI, LLP
                                                One Oxford Centre, 38th Floor
                                                Pittsburgh, Pennsylvania 15219
                                                Telephone: (412) 263-1818
                                                Facsimile: (412) 263-4200
                                                wp@pietragallo.com

                                                *Counsel for Defendants Mylan N.V., Heather*
                                                *Bresch, Rajiv Malik, and Kenneth Parks*

## <u>CERTIFICATE OF SERVICE</u>

I, Nina F. Locker, attorney for Defendants, hereby certify that on this 14th day of April, 2022, I served a true and correct copy of Defendants' Motion to Strike on all parties and/or their counsel via the Court's ECF electronic filing system.

Dated:  April 14, 2022

Respectfully submitted,

By: /s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Laurie B. Smilan (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
lsmilan@wsgr.com

Michael S. Sommer (*pro hac vice*)
Jessica L. Margolis (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
msommer@wsgr.com
jmargolis@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks*