**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**[PROPOSED] ORDER OF COURT**

AND NOW, this _____ day of _____, 2022, the Lead Plaintiff's Response

to Defendants' Notice of Supplemental Authority is stricken.

By the Court:

_____J.