**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

## [PROPOSED ALTERNATIVE] ORDER OF COURT

AND NOW, this _____ day of _____, 2022, permission is granted to the Defendants to file a three-page response to the Lead Plaintiff's Response to Defendants' Notice of Supplemental Authority.

By the Court:

_____J.