**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR <br><br> <u>CLASS ACTION</u> <br><br> **Electronically Filed** |

<u>**LEAD PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Lead Plaintiff respectfully submits this Notice of Supplemental Authority to apprise the Court of the most recent decision sustaining securities fraud claims in *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*, 2022 WL 3273879 (D.N.J. Aug. 11, 2022) ("*Becton II"*) (attached hereto as Exhibit A), a case that the district court previously dismissed and that Defendants cited here. *See* ECF Nos. 60, 61.

The district court's *Becton II* ruling sustaining the plaintiff's complaint is relevant to this matter on the issues of (1) falsity, *Becton II*, 2022 WL 3273879, at *10-13 (holding that product manufacturing statements, including risk factor statements regarding compliance, were sufficiently alleged to be materially misleading by omission), (2) the forward looking safe harbor, *id.* at *13-14 (holding alleged misstatements were not protected by the safe harbor because they were either present-tense statements, were not accompanied by meaningful cautionary language, or lacked a reasonable basis), (3) confidential witness allegations, *id.* at *11, *15-16 (holding allegations based on former employee accounts supported falsity and scienter), and (4) scienter, *id.* at *15-18 (holding that, under the "holistic[]" approach required by the Supreme Court in *Tellabs*, the plaintiff's allegations, including allegations of corporate scienter and core operations, were sufficiently pled).

1

Dated: August 24, 2022

Respectfully submitted,

*/s/ Andrew L. Zivitz*
Andrew L. Zivitz (PA I.D. # 76554) (admitted *Pro Hac Vice*)
David A. Bocian (PA I.D. # 315542) (admitted *Pro Hac Vice*)
Nathaniel C. Simon (PA I.D. # 326467)
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
azivitz@ktmc.com
dbocian@ktmc.com
nsimon@ktmc.com

Katherine M. Sinderson (admitted *Pro Hac Vice*)
Abraham Alexander (admitted *Pro Hac Vice*)
Kate W. Aufses (admitted *Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1448
katiem@blbglaw.com
abe.alexander@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiff and*
*Lead Counsel for the Class*

**WEISS BURKARDT KRAMER LLC**
M. Janet Burkhardt (PA I.D. #85582)
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
Tel.: (412) 391-9890
Fax: (412) 391-9685
jburkardt@wbklegal.com

*Liaison Counsel for Lead Plaintiff*

2

## CERTIFICATE OF SERVICE

I, Andrew Zivitz, herby certify that on August 24, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

/s/ *Andrew L. Zivitz*
Andrew L. Zivitz