**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR <br><br> <u>CLASS ACTION</u> <br><br> **Electronically Filed** |

<u>**LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS'**</u>
<u>**NOTICE OF SUPPLEMENTAL AUTHORITY**</u>

Lead Plaintiff respectfully submits this response to Defendants' Notice of Supplemental Authority (ECF No. 71) regarding the recent decision in *In re AstraZeneca PLC Securities Litigation*, No. 1:21-cv-00722-JPO, 2022 WL 4133258 (S.D.N.Y. Sept. 12, 2022) ("*AstraZeneca*"). As with their analysis of *In re Peabody*,[1] Defendants again incorrectly assert that an out-of-Circuit decision is relevant here because "generalized, aspirational statements" were held to constitute "inactionable puffery." ECF No. 71 (citing *AstraZeneca*, 2022 WL 4133258, at *8). For the detailed reasons described in Lead Plaintiff's *In re Peabody* response, *see* ECF No. 63, and Lead Plaintiff's opposition to Defendants' motion to dismiss, *see* ECF No. 48, pp. 14-38, Mylan's concrete, factual, and verifiable assertions about what the company was purportedly doing to ensure the safety of its drugs, *see, e.g.*, ¶¶253-300[2]; ¶256 (Mylan's "teams conduct ongoing reviews to ensure quality and integrity of products, start to finish"); ¶258 ("Mylan uses advanced testing and monitoring systems to assure product adheres to testing acceptance criteria"), are easily distinguishable from the aspirational statements in *AstraZeneca* about "core values" and pledges,

---

[1] *See* Defendants' Notice of Supplemental Authority filed on April 11, 2022 regarding *In re Peabody Energy Corporation Securities Litigation*, No. 20-cv-8024 (PKC), 2022 WL 671222 (S.D.N.Y. Mar. 7, 2022) ("*In re Peabody*"). ECF No. 62.

[2] "¶__" refers to a paragraph in the Consolidated Class Action Complaint. ECF No. 39.

which the court found "too general to cause a reasonable investor to rely upon them." *AstraZeneca*, 2022 WL 4133258, at *8.

For the reasons stated above and in Lead Plaintiff's previous submission in opposition to Defendants' motion to dismiss, Defendants' motion should be denied.

Dated:  October 4, 2022                         Respectfully submitted,

                                                */s/ Andrew L. Zivitz*
                                                Andrew L. Zivitz (PA I.D. # 76554)
                                                David A. Bocian (PA I.D. # 315542)
                                                Alex B. Heller (PA I.D. #321134)
                                                (*Pro Hac Vice* forthcoming)
                                                Nathaniel C. Simon (PA I.D. # 326467)
                                                **KESSLER TOPAZ**
                                                **MELTZER & CHECK, LLP**
                                                280 King of Prussia Road
                                                Radnor, PA 19087
                                                Tel.: (610) 667-7706
                                                Fax: (610) 667-7056
                                                azivitz@ktmc.com
                                                dbocian@ktmc.com
                                                aheller@ktmc.com
                                                nsimon@ktmc.com

                                                Katherine M. Sinderson (admitted *Pro Hac Vice*)
                                                Abraham Alexander (admitted *Pro Hac Vice*)
                                                Kate W. Aufses (admitted *Pro Hac Vice*)
                                                **BERNSTEIN LITOWITZ BERGER**
                                                **& GROSSMANN LLP**
                                                1251 Avenue of the Americas
                                                New York, NY 10020
                                                Telephone: (212) 554-1400
                                                Facsimile: (212) 554-1448
                                                katiem@blbglaw.com
                                                abe.alexander@blbglaw.com
                                                kate.aufses@blbglaw.com

                                                *Counsel for Lead Plaintiff and*
                                                *Lead Counsel for the Class*

**WEISS BURKARDT KRAMER LLC**
M. Janet Burkhardt (PA I.D. #85582)
445 Fort Pitt Boulevard, Suite 503
Pittsburgh, PA 15219
Tel.: (412) 391-9890
Fax: (412) 391-9685
jburkardt@wbklegal.com

*Liaison Counsel for Lead Plaintiff*

3

## <u>CERTIFICATE OF SERVICE</u>

I, Andrew Zivitz, herby certify that on October 4, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ Andrew L. Zivitz*
Andrew L. Zivitz