**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR<br><br>CLASS ACTION<br><br>**Electronically Filed** |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO CLARIFY THE COURT'S MAY 18, 2023 OPINION ON DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Lead Plaintiff's Motion for Clarification of the Court's May 18, 2023 Opinion on Defendants' Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED.

Dated: _____

_____
The Honorable J. Nicholas Ranjan
United States District Judge