**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR<br><br>CLASS ACTION<br><br>**Electronically Filed** |

**DECLARATION OF SALVATORE GRAZIANO IN SUPPORT OF**
**LEAD PLAINTIFF'S MOTION TO CLARIFY THE COURT'S**
**MAY 18, 2023 OPINION ON DEFENDANTS' MOTION TO DISMISS**

I, Salvatore Graziano, declare as follows:

1.     I am admitted *pro hac vice* to practice before this Court. I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Declaration in support of Lead Plaintiff's Motion to Clarify the Court's May 18, 2023 Opinion on Defendants' Motion to Dismiss.

2.     Attached hereto as Exhibit A is a true and correct copy of Defendants' proposed revisions to the draft Fed. R. Civ. P. 26(f) Report of the Parties, which Defendants sent to Lead Plaintiff via email attachment on June 16, 2023.

3.     Attached hereto as Exhibit B is a true and correct copy of the transcript of the Oral Argument on Defendants' Motion to Dismiss before Judge J. Nicholas Ranjan on March 14, 2023.

Dated: June 20, 2023

/s/ *Salvatore Graziano*
Salvatore Graziano (*pro hac vice*)
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
salvatore@blbglaw.com

*Lead Counsel for Lead Plaintiff the Public*
*Employees' Retirement System of Mississippi*
*and the Class*

1