

Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 866.974.7329

June 21, 2023

**VIA CM/ECF**

The Honorable J. Nicholas Ranjan
United States District Court
Western District of Pennsylvania
United States Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

> **Re:**  ***Public Employees' Retirement System of Mississippi v. Mylan N.V. et al.,*** **Case No. 2:20-cv-00955-NR**

Dear Judge Ranjan:

We write as counsel for Defendants in the above-referenced action.  A discussion of the significant legal and factual infirmities of Lead Plaintiff's latest unscheduled submission, styled as a Motion to Clarify the Court's May 18, 2023 Opinion on Defendants' Motion to Dismiss (ECF No. 95) (the "Motion"), will be addressed elsewhere; however, Defendants are compelled to address how the Motion came to be filed ***without so much as notice to Defendants***—much less ***any*** meet and confer discussions regarding the purported need to "clarify" the Court's thoughtful Opinion (ECF No. 88)—at 10:50 PM EDT on June 20, 2023, three days before the parties' Rule 26(f) report is due.  Defendants also write to request that the Court permit Defendants to respond to Lead Plaintiff's Motion in Defendants' forthcoming Rule 12(c) motion for judgment on the pleadings, in lieu of a more immediate response, for the reasons described below.

Lead Plaintiff provided an initial draft Rule 26(f) report on June 8, 2023.  During the parties' first meet and confer teleconference the next day, Defendants' counsel shared their preliminary view that Lead Plaintiff's position regarding the appropriate subjects of fact and expert discovery did not take into account that the Court's Opinion on Defendants' motion to dismiss the Amended Complaint significantly narrowed the scope of this action by concluding, in relevant part, that "the Court has narrowed the claims at issue to [] one actionable misrepresentation"—i.e., a statement published in *Bloomberg* on January 31, 2019.  ECF No. 88 at 40.[1]

---

[1] The sole statement found to be adequately pled from that article was that "[a]ny explicit or implicit suggestion that Mylan employees circumvented data and quality systems that jeopardized the quality of the medications we manufacture—for time pressures or any other reason—is simply false."  ECF No. 88 at 30.

AUSTIN   BEIJING   BOSTON   BOULDER   BRUSSELS   HONG KONG   LONDON   LOS ANGELES   NEW YORK   PALO ALTO

SALT LAKE CITY   SAN DIEGO   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, DC   WILMINGTON, DE

**WILSON SONSINI**

The Honorable J. Nicholas Ranjan
June 21, 2023
Page 2 of 3

At the conclusion of the teleconference, the parties agreed that Defendants would provide proposed revisions to the draft Rule 26(f) report and the parties would work to schedule a subsequent meet and confer call. Defendants subsequently provided Lead Plaintiff's counsel with their proposed revisions to the Rule 26(f) report on June 16, 2023. Of note, Defendants' draft report discussed that Defendants anticipated filing a motion for judgment on the pleadings pursuant to Rule 12(c) promptly following the filing of their Answer—i.e., once the pleadings are closed. Defendants also set forth their position, supported by authorities, that the automatic discovery stay of the Private Securities Litigation Reform Act of 1995 ("PSLRA") remains in place unless and until the Court denies their anticipated Rule 12(c) motion. In the cover email attaching the draft, Defendants' counsel provided broad windows of availability on June 20 and 21 for the previously discussed meet and confer and specifically stated that they are available to meet and confer this week concerning the forthcoming Rule 12(c) motion—as required pursuant to Paragraph II.d. of Your Honor's Practices and Procedures. *See* Ex. A (June 16, 2023 Email).

Defendants' counsel never received the courtesy of any response. Instead, Lead Plaintiff filed the Motion without any warning late last night, attaching Defendants' draft Rule 26(f) report—but notably omitting counsel's cover email requesting further meet and confer discussions. Had Lead Plaintiff further met and conferred as Defendants requested before running to the Court, they would know that Defendants' anticipated Rule 12(c) motion will address the significant legal and factual deficiencies in Lead Plaintiff's scheme claim. And Lead Plaintiff would have ample opportunity to respond in turn.

Defendants respectfully submit that Lead Plaintiff's decision to cut off meet and confer discussions and to file a working draft Rule 26(f) report before consulting with Defendants represents the kind of litigation gamesmanship that this Court should not countenance. Defendants therefore request that, in lieu of issuing a schedule for briefing on Lead Plaintiff's Motion, the Court permit the parties to address Lead Plaintiff's arguments regarding scheme liability in connection with their briefing on Defendants' forthcoming Rule 12(c) motion, which Defendants intend to file on July 17, 2023.[2]

Defendants are available at the Court's convenience if the Court has any questions.

\* \* \*

---

[2] Contrary to Lead Plaintiff's contention, *see* Motion at pp. 12-13 n.4, Defendants do not require "clarification" of the Court's Opinion to answer the Amended Complaint.

**WILSON SONSINI**

The Honorable J. Nicholas Ranjan
June 21, 2023
Page 3 of 3

Respectfully submitted,

s/ *Nina F. Locker*
Nina F. Locker (pro hac vice)
Evan L. Seite (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
nlocker@wsgr.com
eseite@wsgr.com

Michael S. Sommer (pro hac vice)
Jessica L. Margolis (pro hac vice)
Sheryl Shapiro Bassin (pro hac vice)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
msommer@wsgr.com
jmargolis@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
Eric G. Soller (PA I.D. # 65560)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com
egs@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather*
*Bresch, Rajiv Malik, and Kenneth Parks*

cc:    All Counsel of Record (via CM/ECF)