# Exhibit A

**From:** Shapiro Bassin, Sheryl <sbassin@wsgr.com>
**Sent:** Friday, June 16, 2023 1:40 PM
**To:** Caitlin Bozman <Caitlin.Bozman@blbglaw.com>; Jennifer Joost <jjoost@ktmc.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Andy Zivitz <azivitz@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Alex Heller <aheller@ktmc.com>
**Cc:** Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>; wp@pietragallo.com; egs@pietragallo.com; jas@johnschwablaw.com
**Subject:** RE: Rule 26(f) Conference - In re Mylan N.V. Sec. Litig., 2:20-cv-00955

Dear Counsel,

Thank you for circulating Lead Plaintiff's draft 26(f) report in advance of last Friday's meet and confer.  As discussed, attached please find Defendants' proposed edits to the draft 26(f) report.  Defendants are available for a meet and confer next week to further discuss the draft on Tuesday, 6/20 between 2:30 and 7:30 PM ET and Wednesday, 6/21 between 3 and 7:30 PM ET.

As stated in Defendants' draft 26(f) report, Defendants object, pursuant to Rule 26(a)(1)(C) of the Federal Rules of Civil Procedure, to serving initial disclosures and maintain that initial disclosures are not appropriate in this action at this time.  We have therefore made that objection in the proposed discovery plan.
In addition, the draft 26(f) report states Defendants intention to file a Rule 12(c) motion after their Answer to the Amended Complaint is filed, i.e., once the pleadings are closed.  We are available to meet and confer next week concerning this forthcoming Rule 12(c) motion pursuant to Paragraph II.d. of Judge Ranjan's Practices and Procedures.

Best regards,
Sheryl

# WILSON SONSINI

**Sheryl Shapiro Bassin | Partner | Wilson Sonsini Goodrich & Rosati**
1301 Avenue of the Americas, 40th Floor | New York, NY 10019 | 212.497.7725 | sbassin@wsgr.com


**From:** Caitlin Bozman <Caitlin.Bozman@blbglaw.com>
**Sent:** Thursday, June 8, 2023 6:24 PM
**To:** Sommer, Michael <msommer@wsgr.com>; Margolis, Jessica <jmargolis@wsgr.com>; Shapiro Bassin, Sheryl <sbassin@wsgr.com>; Locker, Nicki <NLocker@wsgr.com>; Seite, Evan <eseite@wsgr.com>; wp@pietragallo.com; egs@pietragallo.com; jas@johnschwablaw.com
**Cc:** Jennifer Joost <jjoost@ktmc.com>; Katie M. Sinderson <KatieM@blbglaw.com>; Salvatore Graziano <Salvatore@blbglaw.com>; Andy Zivitz <azivitz@ktmc.com>; Nathaniel Simon <NSimon@ktmc.com>; Abe Alexander <Abe.Alexander@blbglaw.com>; Alex Heller <aheller@ktmc.com>
**Subject:** RE: Rule 26(f) Conference - In re Mylan N.V. Sec. Litig., 2:20-cv-00955

EXT - caitlin.bozman@blbglaw.com

---

Counsel,

In advance of tomorrow's Rule 26(f) conference, please find attached Lead Plaintiff's draft 26(f) report, which follows the template provided by the Court.

Additionally, we are preparing a full pre-trial schedule, which we will send for your consideration after tomorrow's Rule 26(f) conference.

Regards,
Caitlin

**Caitlin Bozman**
Associate
**Bernstein Litowitz Berger & Grossmann LLP**
T: (310) 819-3478

-----Original Appointment-----
**From:** Caitlin Bozman
**Sent:** Thursday, June 1, 2023 9:37 AM
**To:** Caitlin Bozman; MSommer@wsgr.com; jmargolis@wsgr.com; sbassin@wsgr.com; nlocker@wsgr.com; eseite@wsgr.com; wp@pietragallo.com; egs@pietragallo.com; jas@johnschwablaw.com; Jennifer Joost; Katie M. Sinderson; Salvatore Graziano; Andy Zivitz; Nathaniel Simon; Abe Alexander
**Subject:** Rule 26(f) Conference - In re Mylan N.V. Sec. Litig., 2:20-cv-00955
**When:** Friday, June 9, 2023 12:30 PM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** LoopUp Meeting Invite - join via: https://meet.loopup.com/BkksUE0

Caitlin Bozman's Meeting Room:

**First, click:** https://meet.loopup.com/BkksUE0

    Know who's on and who's speaking
    LoopUp calls your phone – no need to dial in
    And view when the leader shares their screen


Or, if you are offline, dial in:
(by joining, you agree to the privacy policy at loopup.com)
Guest Dial-in Code: 2407146#
    USA: +1 (855) 633-2040
    Australia: 1800 048 180
    Australia  (Local): +61 2 8310 4303
    Austria: 0800 677 780
    Belgium: 0800 49 974
    Belgium (Local): +32 2 400 35 39
    Canada: +1 (866) 667-8813
    China: 4001-209126
    Denmark (Local): +45 8988 7899
    Finland (Local): +358 9 4245 1866
    France: 0805 543 949

Germany: 0800 0007462
Germany (Local): +49 69 5 05 07 74 05
Greece: 00800-12-7254
Hong Kong (Local): +852 5803 5869
Indonesia: 007 803 321 8099
Indonesia (Local): +62 21 50995433
Ireland: 1800 932364
Ireland (Local): +353 1 246 7622
Israel (Local): +972 2 569 5113
Italy: 800 986 363
Italy  (Local): +39 02 00638705
Japan: 00531 085 0020
Luxembourg: 800 26 104
Malaysia: 1 800 81 6307
Mexico (Local): +52 55 4163 8545
Netherlands (Local): +31 (0) 1 07 13 81 17
New Zealand: 0800 453 071
New Zealand  (Local): +64 4 488 0636
Portugal: 800814001
Singapore: 800 852 3848
South Korea (Local): +82 2 2023 5896
Spain: 900 876 265
Spain (Local): +34 91 793 55 15
Sweden (Local): +46 (0)85 661 9382
Switzerland: 0800 561 799
Switzerland (Local): +41 44 200 78 35
Thailand: 001 800 852 7848
Turkey (Local): + 90 212 375 5044
UAE: 8000 3570 3199
UK: 0800 279 8160
USA (Toll): +1 (312) 212-3078
Vietnam: 120 85 2163


Service provided by LoopUp