# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE MYLAN N.V.
SECURITIES LITIGATION

Master File No. 2:20-cv-00955-NR

## CERTIFICATE OF CONFERENCE

Pursuant to Section II(d) of District Judge J. Nicholas Ranjan's Practices and Procedures, I certify that counsel for Defendants have engaged in good faith efforts to confer with counsel for Plaintiff regarding the arguments made in this Motion for Judgment on the Pleadings regarding the defects in Plaintiff's Consolidated Class Action Complaint.  Those efforts include a phone conversation dated June 26, 2023.

Dated: July 17, 2023

Respectfully submitted,

By: */s/ Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
eseite@wsgr.com

Michael S. Sommer (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
msommer@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
Eric G. Soller (PA I.D. # 65560)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com
egs@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather
Bresch, Rajiv Malik, and Kenneth Parks*