**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

## CERTIFICATE OF SERVICE

I, Nina F. Locker, attorney for Defendants, hereby certify that on this 17th day of July, 2023, I caused to be served a true and correct copy of Defendants' Motion for Judgment on the Pleadings and supporting papers on all parties and/or their counsel via the Court's ECF electronic filing system.

Dated: July 17, 2023

Respectfully submitted,

By: */s/ Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
eseite@wsgr.com

Michael S. Sommer (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
msommer@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
Eric G. Soller (PA I.D. # 65560)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com
egs@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather
Bresch, Rajiv Malik, and Kenneth Parks*

2