**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Upon consideration of Defendants' Motion for Judgment on the Pleadings, it is hereby

ORDERED that the Motion is GRANTED, and the Consolidated Class Action Complaint is

DISMISSED with prejudice.

SO ORDERED.

Dated: _____          _____
                                 HON. J. NICHOLAS RANJAN
                                 UNITED STATES DISTRICT JUDGE