**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**DECLARATION OF EVAN L. SEITE IN SUPPORT OF DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Evan L. Seite, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Defendants Mylan N.V. ("Mylan"), Heather Bresch, Rajiv Malik, and Kenneth Parks (collectively, "Defendants") in the above-captioned action.  I am admitted *pro hac vice* to practice before this Court.  I respectfully submit this Declaration based on my personal knowledge and for the purpose of providing the Court with true and correct copies of documents referenced in the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings.

2.       Attached hereto as Exhibit 1 is a true and correct copy of Mylan's June 28, 2018 statement, "Mylan Statement:  Morgantown Operations."  This statement is referenced in the Complaint (*e.g.*, ¶¶ 16, 184).  This was previously submitted to the Court as Exhibit 29 to Defendants' Motion to Dismiss.  ECF No. 47-29.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the FDA's Closeout Letter to Mylan concerning its Nashik facility, dated July 18, 2018, that is publicly available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-

letters/mylan-laboratories-limited-nashik-fdf-07182018.  This was previously submitted to the Court as Exhibit 4 to Defendants' Motion to Dismiss.  ECF No. 47-4.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Mylan's Form 8-K, filed with the SEC on August 8, 2018.  This Form 8-K is publicly available from the SEC's website.  This was previously submitted to the Court as Exhibit 26 to Defendants' Motion to Dismiss.  ECF No. 47-26.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a transcript from Mylan's Earnings Call held on August 8, 2018.  This earnings call is referenced in the Complaint (*e.g.*, ¶¶ 186, 321).  This was previously submitted to the Court as Exhibit 32 to Defendants' Motion to Dismiss.  ECF No. 47-32.

6.      Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Mylan's Form 10-Q for the quarterly period ended June 30, 2018, filed with the SEC on August 8, 2018.  This Form 10-Q is publicly available from the SEC's website.  This was previously submitted to the Court as Exhibit 23 to Defendants' Motion to Dismiss.  ECF No. 47-23.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Mylan's Form 8-K filed with the SEC on November 5, 2018.  This Form 8-K is publicly available from the SEC's website.  This was previously submitted to the Court as Exhibit 25 to Defendants' Motion to Dismiss.  ECF No. 47-25.

8.      Attached hereto as Exhibit 7 is a true and correct copy of a transcript from Mylan's Earnings Call held on November 5, 2018.  This earnings call is referenced in the Complaint (*e.g.*, ¶¶ 193, 325).  This was previously submitted to the Court as Exhibit 31 to Defendants' Motion to Dismiss.  ECF No. 47-31.

9.      Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts from Mylan's Form 10-Q for the quarterly period ended September 30, 2018, filed with the SEC on November 6, 2018.  This Form 10-Q is publicly available from the SEC's website.  This was previously submitted to the Court as Exhibit 22 to Defendants' Motion to Dismiss.  ECF No. 47-22.

10.      Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the FDA's Warning Letter to Mylan concerning its Morgantown facility, dated November 9, 2018, that is publicly available at https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/mylan-pharmaceuticals-inc-557903-11092018.  This document is referenced throughout the Complaint (*e.g.*, ¶¶ 195-197).  This was previously submitted to the Court as Exhibit 6 to Defendants' Motion to Dismiss.  ECF No. 47-6.

11.      Attached hereto as <u>Exhibit 10</u> is a true and correct copy of Mylan's November 20, 2018 press release, "Mylan Statement in Response to FDA Warning Letter Relating to Morgantown Plant."  This press release is referenced in the Complaint (*e.g.*, ¶ 205).  This was previously submitted to the Court as Exhibit 28 to Defendants' Motion to Dismiss.  ECF No. 47-28.

12.      Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the article by Ari Altstedter and Anna Edney, "Culture of 'Bending Rules' in India Challenges U.S. Drug Agency," published in *Bloomberg Law* on January 31, 2019.  This article is referenced in the Complaint (*e.g.*, ¶¶ 40, 144, 299) and is publicly available at https://www.bloomberg.com/news/features/2019-01-31/culture-of-bending-rules-in-india-challenges-u-s-drug-agency.  This was previously submitted to the Court as Exhibit 37 to Defendants' Motion to Dismiss.  ECF No. 47-37.

13.      Attached hereto as <u>Exhibit 12</u> is a true and correct copy of Mylan's Form 8-K filed with the SEC on February 26, 2019.  This Form 8-K is publicly available from the SEC's website.

This Form 8-K is referenced in the Complaint (*e.g.*, ¶¶ 207, 331).  This was previously submitted to the Court as Exhibit 40 to Defendants' Motion to Dismiss.  ECF No. 55-3.

14.    Attached hereto as <u>Exhibit 13</u> is a true and correct copy of a transcript from Mylan's Earnings Call held on February 26, 2019.  This earnings call is referenced in the Complaint (*e.g.*, ¶¶ 18, 208-211, 213-214, 327, 331).

15.    Attached hereto as <u>Exhibit 14</u> is a true and correct copy of Mylan's Form 8-K filed with the SEC on May 7, 2019.  This Form 8-K is publicly available from the SEC's website.  This Form 8-K is referenced in the Complaint (*e.g.*, ¶¶ 19, 217, 331).  The press release reflected in this Form 8-K was previously submitted to the Court as Exhibit 41 to Defendants' Motion to Dismiss.  ECF No. 55-4.

16.    Attached hereto as <u>Exhibit 15</u> is a true and correct copy of a transcript from Mylan's Earnings Call held on May 7, 2019.  This earnings call is referenced in the Complaint (*e.g.*, ¶¶ 19, 217, 331).

17.    Attached hereto as <u>Exhibit 16</u> is a true and correct copy of a transcript of this Court's hearing on Defendants' Motion to Dismiss held on March 14, 2023.  ECF No. 86.

18.    Attached hereto as <u>Exhibit 17</u> is a true and correct copy of the definition of "circumvention" from the Oxford English Dictionary online, which was last accessed on July 14, 2023.

19.    Pursuant to Local Civil Rule 5.1(E), a table of contents for these exhibits follows this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 17, 2023.

*/s/ Evan L. Seite*
Evan L. Seite

## EXHIBITS TABLE OF CONTENTS

**Exhibit No.**

Mylan Statement: Morgantown Operations (June 28, 2018).............................................................1

FDA's Closeout Letter re Nashik (July 18, 2018)..............................................................2

Form 8-K (August 8, 2018) ..............................................................3

Mylan N.V. FQ2 2018 Earnings Call Transcript (August 8, 2018)..............................................4

Excerpts of Form 10-Q (August 8, 2018) ..............................................................5

Form 8-K (November 5, 2018) ..............................................................6

Mylan N.V. FQ3 2018 Earnings Call Transcript (November 5, 2018) ..........................................7

Excerpts of Form 10-Q (November 6, 2018)..............................................................8

FDA's Warning Letter re Morgantown (November 9, 2018)..............................................................9

Mylan Statement in Response to FDA Warning Letter Related to Morgantown Plant (November 20, 2018) ..............................................................10

Ari Astedter & Anna Edney, "Culture of 'Bending Rules' in India Challenges U.S. Drug Agency," *Bloomberg Law* (January 31, 2019)..............................................................11

Form 8-K (February 26, 2019)..............................................................12

Mylan N.V. FQ4 2018 Earnings Call Transcript (February 26, 2019)............................................13

Form 8-K (May 7, 2019) ..............................................................14

Mylan N.V. FQ1 2019 Earnings Call Transcript (May 7, 2019)..............................................15

Transcript of Proceedings re Defendants' Motion to Dismiss (March 14, 2023)........................16

"Circumvention," Oxford English Dictionary online (July 14, 2023)..........................................17