# Exhibit 8

EXHIBIT
8

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, DC 20549

# Form 10-Q

☑   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2018**

OR

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from_____to_____**

**Commission File Number 333-199861**

# MYLAN N.V.
*(Exact name of registrant as specified in its charter)*

| **The Netherlands** | **98-1189497** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**Building 4, Trident Place, Mosquito Way, Hatfield, Hertfordshire, AL10 9UL, England**
*(Address of principal executive offices)*

**+44 (0) 1707-853-000**
*(Registrant's telephone number, including area code)*

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☑ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☑ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

As of October 31, 2018, there were 515,631,491 of the issuer's €0.01 nominal value ordinary shares outstanding.

Table of Contents

**MYLAN N.V. AND SUBSIDIARIES**

**Notes to Condensed Consolidated Financial Statements (Unaudited) - Continued**

**17.  Restructuring**

On December 5, 2016, the Company announced restructuring programs in certain locations representing initial steps in a series of actions that are anticipated to further streamline its operations globally. Since 2015, the Company has made a number of significant acquisitions, and as part of the holistic, global integration of these acquisitions, the Company is focused on how to best optimize and maximize all of its assets across the organization and across all geographies.

Charges for restructuring and ongoing cost reduction initiatives are recorded in the period the Company commits to a restructuring or cost reduction plan, or executes specific actions contemplated by the plan and all criteria for liability recognition have been met.

The Company continues to develop the details of the cost reduction initiatives, including workforce actions and other potential restructuring activities beyond the programs announced, including potential shutdown or consolidation of certain operations. During the second quarter of 2018, the Company commenced a restructuring and remediation program at its Morgantown, West Virginia facility, for which activities and initiatives are ongoing. The continued restructuring actions other than for this facility are expected to be implemented through fiscal year 2018. The Company anticipates total aggregate pre-tax charges for committed restructuring activities ranging between $500.0 million and $600.0 million, inclusive of all restructuring charges incurred through September 30, 2018. As additional restructuring activities are undertaken, the Company expects to incur additional costs including employee related costs, such as severance and continuation of healthcare and other benefits; asset impairments; accelerated depreciation; costs associated with contract terminations; and other closure costs. At this time, the expenses related to the additional restructuring activities cannot be reasonably estimated.

The following table summarizes the restructuring charges and the reserve activity from December 31, 2017 to September 30, 2018:

| (In millions) | Employee Related Costs | | Other Exit Costs | | Total | |
|---|---|---|---|---|---|---|
| Balance at December 31, 2017: | $ | 92.9 | $ | 14.1 | $ | 107.0 |
| Charges [1] | | 15.1 | | 30.3 | | 45.4 |
| Cash payment | | (28.7) | | (2.8) | | (31.5) |
| Utilization | | - | | (30.8) | | (30.8) |
| Foreign currency translation | | 0.6 | | - | | 0.6 |
| Balance at March 31, 2018: | $ | 79.9 | $ | 10.8 | $ | 90.7 |
| Charges [1] | | 35.1 | | 41.0 | | 76.1 |
| Cash payment | | (31.1) | | (8.2) | | (39.3) |
| Utilization | | - | | (28.0) | | (28.0) |
| Foreign currency translation | | (2.7) | | (0.6) | | (3.3) |
| Balance at June 30, 2018: | $ | 81.2 | $ | 15.0 | $ | 96.2 |
| Charges [1] | | 16.2 | | 64.6 | | 80.8 |
| Cash payment | | (19.3) | | (7.5) | | (26.8) |
| Utilization | | - | | (54.6) | | (54.6) |
| Foreign currency translation | | (0.3) | | 0.2 | | (0.1) |
| Balance at September 30, 2018: | $ | 77.8 | $ | 17.7 | $ | 95.5 |

_____

[1]    For the  three months ended September 30, 2018, total restructuring charges in North America, Europe, and Rest of World were approximately $49.7 million, $28.5 million, and $2.6 million, respectively. For the nine months ended September 30, 2018, total restructuring charges in North America, Europe, Rest of World and corporate were approximately  $108.1 million, $79.9 million, $13.3 million and  $1.0 million, respectively.

At September 30, 2018 and December 31, 2017, accrued liabilities for restructuring and other cost reduction programs were primarily included in other current liabilities on the Condensed Consolidated Balance Sheets.

Table of Contents

**MYLAN N.V. AND SUBSIDIARIES**

**Notes to Condensed Consolidated Financial Statements (Unaudited) - Continued**

**18. Collaboration and Licensing Agreements**

We periodically enter into collaboration and licensing agreements with other pharmaceutical companies for the development, manufacture, marketing and/or sale of pharmaceutical products. Our significant collaboration agreements are focused on the development, manufacturing, supply and commercialization of multiple, high-value generic biologic compounds, insulin analog products and respiratory products, among other complex products. Under these agreements, we have future potential milestone payments and co-development expenses payable to third parties as part of our licensing, development and co-development programs. Payments under these agreements generally become due and are payable upon the satisfaction or achievement of certain developmental, regulatory or commercial milestones or as development expenses are incurred on defined projects. Milestone payment obligations are uncertain, including the prediction of timing and the occurrence of events triggering a future obligation and are not reflected as liabilities in the Condensed Consolidated Balance Sheets, except for milestone and royalty obligations reflected as acquisition related contingent consideration. Refer to Note 11 *Financial Instruments and Risk Management* for contingent consideration amounts recorded. Our potential maximum development milestones not accrued for at September 30, 2018 totaled approximately $430 million, which includes the new agreements entered into as described in Note 4 *Acquisitions and Other Transactions,* and excludes potential milestone payments to Momenta Pharmaceuticals, Inc. ("Momenta"). We estimate the amounts that may be paid within the next year to be approximately $70 million. These agreements may also include potential sales-based milestones and call for us to pay a percentage of amounts earned from the sale of the product as a royalty or a profit share. The amounts disclosed do not include sales-based milestones or royalty obligations on future sales of product as the timing and amount of future sales levels and costs to produce products subject to these obligations is not reasonably estimable. These sales-based milestones or royalty obligations may be significant depending upon the level of commercial sales for each product.

On October 1, 2018, Momenta announced that it had initiated discussions with Mylan, to exit its participation in the development of five biosimilar programs including M834, a proposed biosimilar to ORENCIA®. Momenta also announced that it intends to continue the development of M710, a proposed biosimilar to EYLEA® (aflibercept) injection. While the Company is in the process of discussing the transition of collaboration activities with Momenta, it remains committed to invest strategically in biosimilar programs through the evaluation of regulatory data and market dynamics.

There have been no other significant changes to our collaboration and licensing agreements as disclosed in our 2017 Form 10-K.

**19. Income Taxes**

On December 22, 2017, the U.S. government enacted the Tax Act. The Tax Act makes broad and complex changes to the Code including, but not limited to, reducing the U.S. federal corporate income tax rate and requiring a one-time transition tax on certain unrepatriated earnings of non-U.S. corporate subsidiaries of large U.S. shareholders that may electively be paid over eight years. While the Tax Act reduces the U.S. federal corporate income tax rate from 35% to 21% for tax years beginning after December 31, 2017, ASC Topic 740 required the Company to remeasure its deferred tax balances in 2017 in accordance with the 2018 rate reduction.

The Tax Act also puts in place new tax laws that impact our taxable income beginning in 2018, which include, but are not limited to (1) creating a Base Erosion Anti-Abuse Tax ("BEAT"), which is a new minimum tax, (2) generally eliminating U.S. federal income taxes on dividends from foreign subsidiaries (the "participation exemption"), (3) a new provision designed to tax currently global intangible low-taxed income ("GILTI") earned by non-U.S. corporate subsidiaries of large U.S. shareholders and a deduction generally equal to 50 percent of GILTI (37.5 percent for tax years beginning after December 31, 2025) to offset the income tax liability, (4) a provision limiting the amount of deductible interest expense in the U.S., (5) the repeal of the domestic manufacturing deduction, (6) limitations on the deductibility of certain executive compensation, and (7) limitations on the utilization of foreign tax credits to reduce the U.S. income tax liability.

Shortly after the Tax Act was enacted, the SEC staff issued Staff Accounting Bulletin No. 118, Income Tax Accounting Implications of the Tax Cuts and Jobs Act ("SAB 118") which provides guidance on accounting for the Tax Act's impact. SAB 118 provides a measurement period, which in no case should extend beyond one year from the Tax Act enactment date, during which a company acting in good faith may complete the accounting for the impacts of the Tax Act under ASC Topic 740. In accordance with SAB 118, the Company must reflect the income tax effects of the Tax Act in the reporting period in which the accounting under ASC Topic 740 is complete.

Table of Contents

**Company Overview**

Mylan is a global pharmaceutical company committed to setting new standards in healthcare and providing 7 billion people access to high quality medicine. We offer a growing portfolio of more than 7,500 products, including prescription generic, branded generic and brand-name drugs and over-the-counter ("OTC") remedies. We market our products in more than 165 countries and territories. Every member of our approximately 35,000-strong workforce is dedicated to delivering better health for a better world.

Over the last several years, Mylan has transformed itself through a clear, consistent and differentiated strategy into a company that is built to last. Fueling that durability is a business model anchored in providing access, Mylan's core purpose.

Providing access requires that we satisfy the needs of an incredibly diverse global marketplace whose economic and political systems, approaches to delivering and paying for healthcare, languages and traditions, and customer and patient requirements vary by location and over time.

With these considerations in mind, we have scaled our commercial, operational and scientific platforms to meet customers' evolving needs in ways that are globally consistent and locally sensitive. As a result, not only are we succeeding in expanding people's access to medicine, we are continually diversifying our business.

That diversification is what drives our durability. Durability allows us to withstand and overcome competitive pressures while continuing to innovate. It also allows us to generate consistent financial results, including reliable cash flows capable of supporting ongoing investments in long-term growth.

**Financial Summary**

The tables below are a summary of the Company's financial results for the three and nine months ended September 30, 2018 compared to the prior year periods:

| | Three Months Ended September 30, | | | |
|---|---|---|---|---|
| *(In millions, except per share amounts)* | 2018 | 2017 | Change | % Change |
| Total revenues | $ 2,862.4 | $ 2,987.1 | $ (124.7) | (4)% |
| Gross profit | 1,039.2 | 1,178.1 | (138.9) | (12)% |
| Earnings from operations | 338.2 | 316.5 | 21.7 | 7% |
| Net earnings | 176.7 | 88.3 | 88.4 | 100% |
| Diluted earnings per ordinary share | $ 0.34 | $ 0.16 | $ 0.18 | 113% |

| | Nine Months Ended September 30, | | | |
|---|---|---|---|---|
| *(In millions, except per share amounts)* | 2018 | 2017 | Change | % Change |
| Total revenues | $ 8,355.2 | $ 8,668.8 | $ (313.6) | (4)% |
| Gross profit | 2,986.0 | 3,488.5 | (502.5) | (14)% |
| Earnings from operations | 672.8 | 1,018.0 | (345.2) | (34)% |
| Net earnings | 301.3 | 451.7 | (150.4) | (33)% |
| Diluted earnings per ordinary share | $ 0.58 | $ 0.84 | $ (0.26) | (31)% |

*Certain Market and Industry Factors*

As more fully explained in the 2017 Form 10-K, the global pharmaceutical industry is a highly competitive and highly regulated industry. As a result, we face a number of industry-specific factors and challenges, which can significantly impact our results. The following discussion highlights some of these key factors and market conditions.

Table of Contents

Generic products, particularly in the U.S., generally contribute most significantly to revenues and gross margins at the time of their launch, and even more so in periods of market exclusivity, or in periods of limited generic competition. As such, the timing of new product introductions can have a significant impact on the Company's financial results. The entrance into the market of additional competition generally has a negative impact on the volume and pricing of the affected products. Additionally, pricing is often affected by factors outside of the Company's control.

For branded products, the majority of the product's commercial value is usually realized during the period in which the product has market exclusivity. In the U.S. and some other countries, when market exclusivity expires and generic versions of a product are approved and marketed, there can often be very substantial and rapid declines in the branded product's sales. OTC products also participate in a competitive environment that includes both branded and private label products. In the OTC space, value is realized through innovation, access and consumer activation.

Certain markets in which we do business outside of the U.S. have undergone government-imposed price reductions, and further government-imposed price reductions are expected in the future. Such measures, along with the tender systems discussed below, are likely to have a negative impact on sales and gross profit in these markets. However, government initiatives in certain markets that appear to favor generic products could help to mitigate this unfavorable effect by increasing rates of generic substitution and penetration.

Additionally, a number of markets in which we operate outside of the U.S. have implemented, or may implement, tender systems for generic pharmaceuticals in an effort to lower prices. Generally speaking, tender systems can have an unfavorable impact on sales and profitability. Under such tender systems, manufacturers submit bids that establish prices for generic pharmaceutical products. Upon winning the tender, the winning company will receive priority placement for a period of time. The tender system often results in companies underbidding one another by proposing low pricing in order to win the tender. The loss of a tender by a third party to whom we supply active pharmaceutical ingredient ("API") can also have a negative impact on our sales and profitability. Sales continue to be negatively affected by the impact of tender systems in certain countries.

*Recent Developments*

In the fourth quarter of 2016, the Company announced restructuring programs in certain locations representing initial steps in a series of actions that are anticipated to further streamline our operations globally. The Company continues to develop the details of the cost reduction initiatives, including workforce actions and other potential restructuring activities beyond the programs already announced. During the three and nine months ended September 30, 2018, the Company recorded pre-tax charges of $80.8 million and $202.3 million, respectively. Included within the charges during the nine months ended September 30, 2018 were $108.6 million for non-cash asset impairment charges with the remaining charges primarily related to severance and employee benefits. The continued restructuring actions, other than the activities at the Morgantown, West Virginia facility described below, are expected to be implemented through fiscal year 2018. The Company anticipates total aggregate pre-tax charges for committed restructuring activities ranging between $500.0 million and $600.0 million, inclusive of all restructuring charges incurred through the third quarter of 2018. In addition, as a result of the restructuring activities that have been undertaken to date, management believes the potential annual savings will be between approximately $400.0 million and $475.0 million once fully implemented, with the majority of these savings improving operating cash flow. At this time, the expenses related to the additional restructuring activities cannot be reasonably estimated.

In April 2018, the State of New York passed a budget which included the Opioid Stewardship Fund (the "Fund"). The Fund created an aggregate $100 million annual assessment on all manufacturers and distributors licensed to sell or distribute opioids in New York. Each licensed manufacturer and distributor will be required to pay a portion of the assessment based on its ratable share, as determined by the state, of the total morphine milligram equivalents sold or distributed in New York during the applicable calendar year. The initial payment is due on January 1, 2019 for opioids sold or distributed during calendar year 2017. Based upon initial correspondence received from the State of New York, the Company believes its amount related to the Fund for calendar year 2017 will be immaterial.

The U.S. Food and Drug Administration ("FDA") completed an inspection at Mylan's plant in Morgantown, West Virginia earlier this year and made observations through a Form 483. The Company has submitted a comprehensive response to the FDA and committed to a robust improvement plan. During the second quarter of 2018, the Company commenced a restructuring and remediation program aimed at reducing complexity at the Morgantown manufacturing facility. The program includes the discontinuation and transfer to other manufacturing sites of a number of products, a reduction of the workforce and extensive remediation activities. These actions have led to a temporary disruption in supply of certain products.

Table of Contents

Once the remediation and restructuring activities in Morgantown are completed, the Company anticipates improved costs, efficiencies and profitability from the operations at the plant. The value and profitability related to the rationalized products is not proportionate to the reduced volumes of those products as the Company expects that manufacturing costs related to transferred products will be reduced and many of the discontinued products have lower than average gross margins. In addition, as it relates to North America, no significant new product revenue is forecasted from the Morgantown facility in 2019, and only eight of our top 50 gross margin generating products and only one out of the top 10 are currently manufactured in Morgantown.

The Company has incurred expenses amounting to approximately $97.7 million and $184.2 million for the three and nine months ended September 30, 2018, respectively, for incremental manufacturing variances, site remediation and restructuring charges. Mylan remains committed to maintaining the highest quality manufacturing standards at its facilities around the world and to continuous improvement in a time of evolving industry dynamics and regulatory expectations.

A detailed discussion of the Company's financial results can be found below in the section titled "Results of Operations." As part of this discussion, we also report sales performance using the non-GAAP financial measures of "constant currency" net sales and total revenues. These measures provide information on the change in net sales and total revenues assuming that foreign currency exchange rates had not changed between the prior and current period. The comparisons presented at constant currency rates reflect comparative local currency sales at the prior year's foreign exchange rates. We routinely evaluate our net sales and total revenues performance at constant currency so that sales results can be viewed without the impact of foreign currency exchange rates, thereby facilitating a period-to-period comparison of our operational activities, and believe that this presentation also provides useful information to investors for the same reason.

More information about non-GAAP measures used by the Company as part of this discussion, including adjusted cost of sales, adjusted gross margins, adjusted net earnings and adjusted EPS (all of which are defined below) can be found in "Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations - Results of Operations - Use of Non-GAAP Financial Measures."

72

Table of Contents

The Company has also entered into employment and other agreements with certain executives and other employees that provide for compensation, retirement and certain other benefits. These agreements provide for severance payments under certain circumstances. Additionally, the Company has split-dollar life insurance agreements with certain retired executives.

We are continuously evaluating the potential acquisition of products, as well as companies, as a strategic part of our future growth. Consequently, we may utilize current cash reserves or incur additional indebtedness to finance any such acquisitions, which could impact future liquidity. In addition, on an ongoing basis, we review our operations including the evaluation of potential divestitures of products and businesses as part of our future strategy. Any divestitures could impact future liquidity.

*Application of Critical Accounting Policies*

We prepare our consolidated financial statements in accordance with U.S. GAAP. In doing so, we have to make estimates and assumptions that affect our reported amounts of assets, liabilities, revenues, and expenses, as well as related disclosure of contingent assets and liabilities. On January 1, 2018, we adopted ASC Topic 606 *Revenue from Contracts with Customers* ("ASC 606") using the modified retrospective method applied to those contracts which were not completed as of the date of adoption. Under ASC 606, we recognize net revenue for product sales and services when control of the promised goods is transferred to our customers in an amount that reflects the consideration we expect to be entitled to in exchange for those goods and services. The adoption of this standard did not have a material impact of the Company's consolidated financial position nor is it expected to have a material impact on future net earnings. Please see Note 2 *Revenue Recognition and Accounts Receivable* of Part I, Item 1 of this Form 10-Q for additional information regarding the adoption of ASC 606. In addition, please see Part II, Item 7, *Application Critical Accounting Policies* in the 2017 Form 10-K. There have been no other material changes to our critical accounting policies and estimates since our 2017 Form 10-K.

**ITEM 3.** *QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK*

For a discussion of the Company's market risk, see "Item 7A. Quantitative and Qualitative Disclosures about Market Risk" in Mylan N.V.'s Annual Report filed on Form 10-K for the year ended December 31, 2017, as amended.

**ITEM 4.** *CONTROLS AND PROCEDURES*

An evaluation was performed under the supervision and with the participation of the Company's management, including the Principal Executive Officer and the Principal Financial Officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures as of September 30, 2018. Based upon that evaluation, the Principal Executive Officer and the Principal Financial Officer concluded that the Company's disclosure controls and procedures were effective.

Management has not identified any changes in the Company's internal control over financial reporting that occurred during the third quarter of 2018 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

Table of Contents

**PART II - OTHER INFORMATION**

**ITEM 1.**     *LEGAL PROCEEDINGS*

For information regarding legal proceedings, refer to Note 20 *Litigation*, in the accompanying Notes to interim financial statements in this Form 10-Q.

**ITEM 1A.**     *RISK FACTORS*

There have been no material changes in the Company's risk factors from those disclosed in Mylan's Annual Report on Form 10-K for the year ended December 31, 2017, as amended.

**ITEM 5.**     *OTHER INFORMATION*

Pursuant to Section 8(e) of the Executive Employment Agreements with Heather Bresch, Chief Executive Officer of Mylan N.V., and Rajiv Malik, President of Mylan N.V., we intend to enter into new or renewed agreements and commenced discussions regarding the contracts during the third quarter.

The terms of the existing agreements have been extended through April 1, 2019, by which time the parties expect to have finalized the terms of the agreements.

**ITEM 6.** *EXHIBITS*

| | |
|---|---|
| 10.1 | Revolving Credit Agreement, dated as of July 27, 2018, among Mylan Inc., as borrower, Mylan N.V., as a guarantor, the other guarantors party thereto, certain lenders and issuing banks and Bank of America, N.A., as administrative agent, filed as Exhibit 10.1 to the Report on Form 8-K filed with the SEC on July 30, 2018, and incorporated herein by reference. |
| 10.2 | Form of Dealer Agreement among Mylan N.V., Mylan Inc. and the Dealer thereto, filed as Exhibit 10.2 to the Report on Form 8-K filed with the SEC on July 30, 2018, and incorporated herein by reference. |
| 31.1 | Certification of Principal Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31.2 | Certification of Principal Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32 | Certification of Principal Executive Officer and Principal Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 101.INS | XBRL Instance Document |
| 101.SCH | XBRL Taxonomy Extension Schema |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase |
| 101.DEF | XBRL Taxonomy Definition Linkbase |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase |

**Table of Contents**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

Mylan N.V.
(Registrant)

By: /s/ HEATHER BRESCH

Heather Bresch
Chief Executive Officer
*(Principal Executive Officer)*

November 6, 2018

/s/ KENNETH S. PARKS

Kenneth S. Parks
Chief Financial Officer
*(Principal Financial Officer)*

November 6, 2018

91