# Exhibit 17

# Oxford English Dictionary | The definitive record of the English language

# circumvention, *n.*

**Pronunciation:** /səːkəmˈvɛnʃən/

**Frequency (in current use):**

**Etymology:** < Latin *circumventiōn-em*, noun of action < *circumvenīre* : see CIRCUMVENT *v.*, and -TION *suffix.*

**1.** The action of circumventing; overreaching, outwitting, or getting the better of any one by craft or artifice.

> 1534   T. MORE *Treat. Passion* in *Wks.* 1280/1   Destroied, by the deceite and circumuencion of the false wilye diuel.

> 1603   *Contin. Adv. Don Sebastian* in *Harl. Misc.* (Malh.) II. 374   [He] discovered unto me certain plots and circumventions.

> 1765   L. STERNE *Life Tristram Shandy* VIII. xxxiv. 143   Widow Wadman..has used every art and circumvention of woman to outwit him.

> 1863   C. C. CLARKE *Shakespeare-characters* iii. 77   As if stratagem and circumvention were the ..staple of political commerce.

**2.** *elliptical.* = the *means of* circumvention; circumvention *ready*, or *in operation*. (Johnson suggested 'Prevention, preoccupation'.)

> *a*1616   W. SHAKESPEARE *Coriolanus* (1623) I. ii. 6   What euer haue bin thought one in this State That could be brought to bodily act, ere Rome Had circumuention ?

This entry has not yet been fully updated (first published 1889; most recently modified version published online March 2019).

Copyright © 2023 Oxford University Press. All rights reserved.