# EXHIBIT 18

**J.P.Morgan**

North America Equity Research
27 February 2019

# Mylan NV

## Thoughts on 2019 Guide - Unexpected Step Up in SG&A Impacting Results

Following Mylan's 4Q call and 2019 guide, we wanted to share our thoughts on the Mylan story from here. While there were low expectations heading into today's results, Mylan's 2019 earnings guide was well below our/Street expectations (~$5.00 consensus vs. $3.80-4.80 guide), and we are lowering our estimates and price target for the stock.

Interestingly, Mylan's sales guidance (which calls for mid-single-digit growth) was above our expectations and a clear highlight of today's update as Mylan is benefitting from a range of new product introductions. However, this top-line upside is being largely offset by higher than expected SG&A spend, which will represent a ~$0.50 headwind to EPS as the company invests in complex generics, biosimilars, and ex-US branded opportunities. We believe this spend very much comes as a surprise to the Street.

As we think about the stock from here, while shares will likely be down tomorrow, we see Mylan positioned for top-line growth over time as the company's mix of complex generics, biosimilars, and ex-US brands more than offsets an ever-shrinking US commodity generic portfolio. With shares trading at just 6.4x and 7.4x our revised 2019 EPS and EV/EBITDA, respectively, we remain OW.

- **2019 EPS guide below expectations on higher SG&A spend.** Mylan's EPS came in well below our expectations (-$0.50 vs. JPMe at midpoint) as higher than expected SG&A spend as well as a higher tax rate impact results. At the same time, top-line guidance of $11.5-12.5bn came in above our expectations with high-single-digit growth in NA and mid-single-digit growth in EU and ROW. We see a mix of opportunity such as bNeulasta and gAdvair as well as a range of ex-US brands driving top-line growth well above peers. Unfortunately, we see this message being overshadowed by the lower than expected EPS and unexpected step-up in SG&A.

## Overweight

**MYL, MYL US**

Price: $30.62

▼ **Price Target: $39.00**
Previous: $45.00

**Pharmaceuticals — Major & Specialty**

**Chris Schott, CFA** [AC]
(1-212) 622-5676
christopher.t.schott@jpmorgan.com
**Bloomberg** JPMA SCHOTT <GO>

**Ekaterina V Knyazkova**
(1-212) 622-9576
ekaterina.v.knyazkova@jpmchase.com

**Xiling Chen**
(1-212) 622-0364
xiling.chen@jpmorgan.com

**Christopher Neyor**
(1-212) 622-0334
christopher.z.neyor@jpmorgan.com

J.P. Morgan Securities LLC

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 13.0% | 6.6% | -7.5% | 0.0% |
| Rel | 1.5% | 1.7% | -13.7% | 0.0% |

**Mylan NV (MYL;MYL US)**

| Year-end Dec ($) | FY16A | FY17A | FY18A | FY19E (Prev) | FY19E (Curr) | FY20E (Prev) | FY20E (Curr) |
|---|---|---|---|---|---|---|---|
| Revenue ($ mn) | 11,077 | 11,908 | 11,434 | 11,542 | 11,829 | 12,027 | 12,419 |
| Adj. EBITDA ($ mn) | 3,678 | 3,791 | 3,623 | 3,831 | 3,681 | 4,118 | 3,944 |
| EBITDA margin | 33.2% | 31.8% | 31.7% | 33.2% | 31.1% | 34.2% | 31.8% |
| Adj. net income ($ mn) | 2,548 | 2,445 | 2,366 | 2,494 | 2,218 | 2,771 | 2,511 |
| Adj. EPS ($) | 4.89 | 4.56 | 4.58 | 4.80 | 4.29 | 5.34 | 4.85 |
| BBG EPS ($) | 4.74 | 4.54 | 4.67 | - | 5.02 | - | 5.38 |
| Reported EPS ($) | 4.89 | 4.56 | 4.58 | 4.80 | 4.29 | 5.34 | 4.85 |
| DPS ($) | - | - | - | - | - | - | - |
| Dividend yield | - | - | - | - | - | - | - |
| Adj. P/E | 6.3 | 6.7 | 6.7 | 6.4 | 7.1 | 5.7 | 6.3 |

Source: Company data, Bloomberg and J.P. Morgan estimates.

| Company Data | |
|---|---|
| Shares O/S (mn) | 517 |
| 52-week range ($) | 44.18-26.03 |
| Market cap ($ mn) | 15,815.23 |
| Exchange rate | 1.00 |
| Free float(%) | 99.3% |
| 3M - Avg daily vol (mn) | 4.48 |
| 3M - Avg daily val ($ mn) | 133.6 |
| Volatility (90 Day) | 43 |
| Index | S&P 500 - NYSE |
| BBG BUY\|HOLD\|SELL | 13\|4\|0 |
| Date of price | 26-Feb-19 |
| Price target end date | 31-Dec-19 |

**See page 5 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Chris Schott, CFA
(1-212) 622-5676
christopher.t.schott@jpmorgan.com

North America Equity Research
27 February 2019

J.P.Morgan

- **Mylan expects additional SG&A investment in 2019.** The company expects to increase SG&A spend this year with the midpoint of the company's guidance range translating to ~$300mm of additional investment YoY (SG&A as a percent of sales likely now 21-22% of sales going forward vs. 18-20% historic range). Mylan hopes that its actions, which include increased support for complex generics and biosimilar products in the US as well as additional investments in select ex-US brands will help drive improved revenue growth going forward. While conceptually this investment makes sense given Mylan's changing product mix, this spend was not well telegraphed to the Street, and we expect the market will need to see evidence that these efforts are translating to improved top-line performance before MYL's valuation recovers.

- **4Q revenues and operating performance largely in line.** Mylan reported sales of $3,079mm (in line with consensus), with in-line performance for all three geographies. On expenses, gross margins were in line with Street expectations (~54.6%), and the higher than expected SG&A spend (+$37 mm vs. consensus) was offset by lower than expected R&D (-$28 mm vs. consensus), leading to operating performance in line with our expectations. The slight EPS miss vs. the Street ($1.30 vs. $1.35 consensus) appeared to be driven by a higher tax rate and interest expense.

- **Model update.** We are updating our estimates to reflect marginally higher revenues in NA, offset by a step-up in SG&A spend, a higher tax rate, and higher interest expense. We now estimate EPS of $4.29 in 2019.

**Figure 1: MYL Sales and EPS Variance**

| Period | EPS | | | Revenue ($ mm) | | | EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|
| | Current | Prior | Difference | Current | Prior | Difference | Current | Prior | Difference |
| 2019E | $4.29 | $4.80 | ($0.52) | $11,829 | $11,542 | $286 | $3,681 | $3,831 | ($149) |
| 2020E | $4.85 | $5.34 | ($0.49) | $12,419 | $12,027 | $393 | $3,944 | $4,118 | ($174) |

Source: J.P. Morgan estimates.

2

Chris Schott, CFA
(1-212) 622-5676
christopher.t.schott@jpmorgan.com

North America Equity Research
27 February 2019

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Mylan NV *(Overweight; Price Target: $39.00)*

### Investment Thesis

**We are OW Mylan shares.** With a highly diversified business that we believe is capable of delivering low-teens EPS growth over the next several years, we rate MYL shares Overweight. We believe Mylan is solidly positioned to take advantage of attractive international opportunities and realize significant cost synergies from its global infrastructure when pursuing potential business development transactions. Additionally, we believe the company's investment in R&D for high-barrier generics, injectables, and biosimilars positions Mylan for a superior growth profile vs. many of its generic peers.

### Valuation

**Dec 2019 price target of $39.** Our Mylan price target is DCF based, which uses our explicit EPS forecasts through 2020, a mid-period growth rate in the low- to mid-single-digit range, and a -1% terminal growth rate, which we believe appropriately balances the company's opportunities with the pressures inherent in the generic markets. In addition, we use a 10% WACC in our analysis.

### Risks to Rating and Price Target

Risks to the downside include 1) greater than expected generic competition for Mylan's core base products, 2) greater than expected European price erosion, and 3) generic competition for Epipen.

Chris Schott, CFA
(1-212) 622-5676
christopher.t.schott@jpmorgan.com

North America Equity Research
27 February 2019

J.P.Morgan

# Mylan NV: Summary of Financials

| Income Statement - Annual | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Revenue | 11,908 | 11,434 | 11,829 | 12,419 | - |
| COGS | (5,488) | (5,253) | (5,507) | (5,699) | - |
| Gross profit | 6,419 | 6,181 | 6,322 | 6,721 | - |
| SG&A | (2,363) | (2,275) | (2,484) | (2,608) | - |
| Adj. EBITDA | 3,791 | 3,623 | 3,681 | 3,944 | - |
| D&A | - | - | - | - | - |
| Adj. EBIT | 3,401 | 3,339 | 3,256 | 3,519 | - |
| Net Interest | (487) | (503) | (501) | (425) | - |
| Adj. PBT | 2,982 | 2,876 | 2,755 | 3,119 | - |
| Tax | (537) | (510) | (537) | (608) | - |
| Minority Interest | 0 | 0 | 0 | 0 | - |
| Adj. Net Income | 2,445 | 2,366 | 2,218 | 2,511 | - |
| Reported EPS | 4.56 | 4.58 | 4.29 | 4.85 | - |
| Adj. EPS | 4.56 | 4.58 | 4.29 | 4.85 | - |
| DPS | - | - | - | - | - |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | 537 | 517 | 518 | 518 | - |

| Income Statement - Quarterly | 1Q19E | 2Q19E | 3Q19E | 4Q19E |
|---|---|---|---|---|
| Revenue | 2,599 | 2,858 | 3,074 | 3,297 |
| COGS | (1,212) | (1,332) | (1,432) | (1,531) |
| Gross profit | 1,386 | 1,527 | 1,642 | 1,767 |
| SG&A | (605) | (606) | (615) | (658) |
| Adj. EBITDA | 731 | 880 | 990 | 1,081 |
| D&A | - | - | - | - |
| Adj. EBIT | 625 | 774 | 883 | 975 |
| Net Interest | (130) | (127) | (124) | (120) |
| Adj. PBT | 494 | 646 | 760 | 855 |
| Tax | (96) | (126) | (148) | (167) |
| Minority Interest | 0 | 0 | 0 | 0 |
| Adj. Net Income | 398 | 520 | 612 | 688 |
| Reported EPS | 0.77 | 1.01 | 1.18 | 1.33 |
| Adj. EPS | 0.77 | 1.01 | 1.18 | 1.33 |
| DPS | - | - | - | - |
| Payout ratio | - | - | - | - |
| Shares outstanding | 517 | 518 | 518 | 518 |

| Balance Sheet & Cash Flow Statement | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Cash and cash equivalents | 292 | 602 | 1,310 | 2,081 | - |
| Accounts receivable | 3,612 | 2,908 | 2,931 | 2,932 | - |
| Inventories | 2,543 | 2,407 | 2,721 | 2,612 | - |
| Other current assets | 766 | 583 | 583 | 583 | - |
| Current assets | 7,213 | 6,499 | 7,545 | 8,209 | - |
| PP&E | 2,339 | 2,435 | 2,655 | 2,805 | - |
| LT investments | - | - | - | - | - |
| Other non current assets | 26,254 | 24,429 | 22,799 | 21,169 | - |
| Total assets | 35,806 | 33,363 | 32,999 | 32,183 | - |
| Short term borrowings | 1,855 | 0 | 0 | 0 | - |
| Payables | 1,453 | 1,553 | 1,701 | 1,504 | - |
| Other short term liabilities | 3,077 | 3,781 | 3,781 | 3,781 | - |
| Current liabilities | 6,385 | 5,334 | 5,482 | 5,285 | - |
| Long-term debt | 12,865 | 12,791 | 11,691 | 10,441 | - |
| Other long term liabilities | 3,248 | 2,916 | 2,916 | 2,916 | - |
| Total liabilities | 22,499 | 21,041 | 20,089 | 18,642 | - |
| Shareholders' equity | 13,308 | 12,322 | 12,910 | 13,541 | - |
| Minority interests | 0 | 0 | 0 | 0 | - |
| Total liabilities & equity | 35,806 | 33,363 | 32,999 | 32,183 | - |
| BVPS | 24.80 | 23.86 | 24.94 | 26.16 | - |
| y/y Growth | 16.1% | (3.8%) | 4.6% | 4.9% | - |
| Net debt/(cash) | 14,429 | 12,190 | 10,382 | 8,360 | - |
| Cash flow from operating activities | 2,065 | 2,748 | 2,348 | 2,742 | - |
| o/w Depreciation & amortization | 1,806 | 1,941 | 1,950 | 1,950 | - |
| o/w Changes in working capital | (682) | 152 | (190) | (89) | - |
| Cash flow from investing activities | (905) | (1,425) | (540) | (470) | - |
| o/w Capital expenditure | (276) | (287) | (320) | (320) | - |
| as % of sales | 2.3% | 2.5% | 2.7% | 2.6% | - |
| Cash flow from financing activities | (1,893) | (1,015) | (1,100) | (1,500) | - |
| o/w Dividends paid | 0 | 0 | 0 | 0 | - |
| o/w Net debt issued/(repaid) | (1,370) | (521) | (1,100) | (1,250) | - |
| Net change in cash | (707) | 286 | 708 | 772 | - |
| Adj. Free cash flow to firm | 2,533 | 3,254 | 2,835 | 3,086 | - |
| y/y Growth | 17.9% | 28.5% | (12.9%) | 8.9% | - |

| Ratio Analysis | FY17A | FY18A | FY19E | FY20E | FY21E |
|---|---|---|---|---|---|
| Gross margin | 53.9% | 54.1% | 53.4% | 54.1% | - |
| EBITDA margin | 31.8% | 31.7% | 31.1% | 31.8% | - |
| EBIT margin | 28.6% | 29.2% | 27.5% | 28.3% | - |
| Net profit margin | 20.5% | 20.7% | 18.8% | 20.2% | - |
| ROE | 20.0% | 18.5% | 17.6% | 19.0% | - |
| ROA | 6.9% | 6.8% | 6.7% | 7.7% | - |
| ROCE | 10.2% | 10.3% | 10.5% | 11.7% | - |
| SG&A/Sales | 19.8% | 19.9% | 21.0% | 21.0% | - |
| Net debt/equity | 1.1 | 1.0 | 0.8 | 0.6 | - |
| P/E (x) | 6.7 | 6.7 | 7.1 | 6.3 | - |
| P/BV (x) | 1.2 | 1.3 | 1.2 | 1.2 | - |
| EV/EBITDA (x) | 8.0 | 7.7 | 7.1 | 6.1 | - |
| Dividend Yield | - | - | - | - | - |
| Sales/Assets (x) | 0.3 | 0.3 | 0.4 | 0.4 | - |
| Interest cover (x) | 7.8 | 7.2 | 7.3 | 9.3 | - |
| Operating leverage | 51.1% | 46.0% | (71.6%) | 161.7% | - |
| Revenue y/y Growth | 7.5% | (4.0%) | 3.5% | 5.0% | - |
| EBITDA y/y Growth | 3.1% | (4.4%) | 1.6% | 7.1% | - |
| Tax rate | 18.0% | 17.7% | 19.5% | 19.5% | - |
| Adj. Net Income y/y Growth | (4.0%) | (3.2%) | (6.3%) | 13.2% | - |
| EPS y/y Growth | (6.9%) | 0.5% | (6.5%) | 13.2% | - |
| DPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which