# EXHIBIT 21

February 27, 2019
**OUTPERFORM**

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

**Eason Lee**
(212) 277-6070
eason.lee@svbleerink.com



Reason for report:
**FLASH NOTE**

**Sheldon Fan, Ph.D.**
(212) 277-6074
sheldon.fan@svbleerink.com

# MYLAN N.V.

**4Q18 Miss; 2019 Guidance Below Expectations Driven by Higher Costs**

• **Bottom Line: While the top-line of the 2019 guidance was in-line with expectations, guidance for gross margin (53-54%) came in below our estimate of 56%, and the SG&A ratio (21-22%) was above our 20% estimate. We note that if we adjust our gross margin and SG&A ratio to the midpoint of management's guidance, this brings our EPS down from $5.04 to $4.30, in the middle of the EPS guidance range of $3.80-4.80. Overall, we believe the guidance is indicating increased costs required to support the launch of key brands and complex generics, which we wouldn't disagree is probably required, but at this point manifests itself as a certain upfront investment for an uncertain financial reward. We expect the stock to be under pressure on this weak guidance. Our MYL model is under review and will be published in a separate note later.**

• **Positive growth outlook across all three geographic segments. In NA,** management guided to high-single digit growth. **In EU,** the mid-single digit growth expectation assumes continued double-digit growth in key brands (like Creon, Influvac and Dymista), the launch of biosimilar Herceptin, further growth of TOBI Podhaler and Solution, and a doubling of sales for Copaxone 40mg. **In ROW,** management's mid-single digit growth assumption is driven by expansion of key brands in Japan (Amitiza and LipaCreon), China (Sebivo, Elidel and Dona), and Australia (Dymista).

• **Mylan is investing behind its key new product launches. On Copaxone,** management noted increased use of support services and changes in plan coverage that are driving increased market share, having recently crossed the 35% threshold. **For Fulphila,** Mylan is seeing over 15% market share in the pre-filled market. Efforts management is implementing to drive uptake include offering a patient-focused call center, reimbursement support, and co-pay assistance program. **On Gx Advair,** Mylan has a sales force of 150 on this and is pleased with the early conversion levels, noting that it has full parity and access on 8 of the top 10 Medicare Part D plans (50% of Advair usage in Part D). **For Yupelri,** management is pleased with the initial response from physicians and customers, and feels confident that this can reach its market potential over time.

• **Morgantown remediation efforts continue to progress, management believes the negative impact is in the rear view mirror.** Management indicated it continues to address the issues related to the Warning Letter. The plant continues to supply products, but no significant new product revenue from here is forecasted in 2019 and only 5 of the top 50 gross margin products come from the facility. Management doesn't anticipate additional negative financial impact progressing later through this year.

• **On the progression of earnings in 2019,** management expects revenues and EPS to be more 2H weighted compared to that seen in

**Key Stats:** **(NYSE: MYL)**

| | |
|---|---|
| **Sector:** | **Generics** |
| **S&P 500 Health Care Index:** | **1,067.19** |
| **Price :** | **$30.62** |
| 52 Week High: | $44.18 |
| 52 Week Low: | $26.03 |
| Shares Outstanding (mil): | 515.6 |
| Market Capitalization (mil): | 15,787.7 |
| Convertibles: | Yes |

Completion: February 27, 2019, 12:27AM EDT.
Distribution: February 27, 2019, 12:27AM EDT.
*General: As of 3Q18*

**Please refer to pages 5 - 7 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Luis Sanay at Mylan N.V. on 27-Feb-2019 08:15 AM.

**MYLAN N.V.**                                    February 27, 2019



2018, and for 1Q19 EPS to contribute less on a relative basis to the full year vs 1Q18.

• **Management intends to repay >$1.1B in debt for 2019,** which represents a ~$500M increase vs their prior target.

• **On the strategic review,** management noted that the committee appears to be nearing completion of the review, although did not provide more specifics.

Provided for the exclusive use of Luis Sanay at Mylan N.V. on 27-Feb-2019 08:15 AM.

**MYLAN N.V.**                                         February 27, 2019

**Figure 1: Key Events**

| Drug / Product | Topic / Indication | Event Details | Date Range |
|---|---|---|---|
| Biosimilar Herceptin | Oncology | Potential US launch | 1H19 |
| Generic Restasis | Dry Eye | Potential approval | 1Q19 |

*Source: SVB Leerink estimates, Company reports*

**Figure 2: 2019 Guidance**

| | Issued 2/26/2019 |
|---|---|
| **Total Revenues** | **$11.5 - 12.5B** |
| NA Segment % Growth vs 2018 | High-single digits |
| EU Segment % Growth vs 2018 | Mid-single digits |
| ROW Segment % Growth vs 2018 | Mid-single digits |
| Adjusted Gross Margins | 53.0 - 54.0% |
| Adjusted R&D as a % of Revenue | 4.5 - 5.5% |
| Adjusted SG&A as a % of Revenue | 21.0 - 22.0% |
| **EBITDA** | **$3.3 - 3.9B** |
| Net Income | $2.0 - 2.5B |
| | |
| **Diluted EPS** | **$3.80 - 4.80** |
| Capital Expenditures | $250 - 400M |
| **Adjusted Free Cash Flow** | **$1.9 - 2.3B** |
| Adjusted Tax Rate | 19.0 - 21.0% |
| Weighted average number of shares | 515 - 519M |

*Source: SVB Leerink estimates, Company reports*

3

Provided for the exclusive use of Luis Sanay at Mylan N.V. on 27-Feb-2019 08:15 AM.

**MYLAN N.V.**                                                    February 27, 2019

**4**

## Figure 3: Mylan 4Q18 Variance Analysis

| | 4Q18E | | 4Q18A | | | | |
|---|---|---|---|---|---|---|---|
| | Value | % Change | Value | % Change | Variance | Consensus | Actual vs Cons |
| **Geographical Area** | | | | | | | |
| North America | 1094.7 | -16.0% | 1097.1 | -15.8% | 2.4 | 1113.1 | -16.0 |
| EMEA | 1128.2 | 5.3% | 1087.0 | 1.5% | -41.2 | 1106.3 | -19.3 |
| ROW | 866.4 | 6.2% | 851.4 | 4.4% | -15.0 | 855.9 | -4.5 |
| Other | 28.7 | -41.6% | 43.2 | -12.0% | 14.5 | | |
| **Total Revenues** | **3118.0** | **-3.7%** | **3078.7** | **-4.9%** | **-39.3** | **3070.4** | **8.3** |
| | | | | | | | |
| COGS | 1387.0 | -3.8% | 1397.6 | -3.0% | -10.6 | | |
| Gross Profit | 1731.0 | -3.7% | 1681.1 | -6.5% | -49.9 | 1673.8 | 7.3 |
| SG&A | 599.8 | -0.4% | 609.5 | 1.2% | -9.7 | 551.7 | 57.8 |
| R&D | 164.8 | -2.1% | 130.2 | -22.7% | 34.6 | 157.8 | -27.6 |
| Operating Income | 966.4 | -5.9% | 941.4 | -8.3% | -25.0 | | |
| | | | | | | | |
| Interest Expense | 127.2 | 7.7% | 126.5 | 7.0% | -0.7 | | |
| Other | -10.5 | -57.3% | 0.6 | -102.4% | 11.1 | | |
| Non-Operating Items | -116.7 | 24.7% | -127.1 | 35.8% | -10.4 | | |
| Pre-tax Income | 849.6 | -9.0% | 814.3 | -12.8% | -35.3 | | |
| Tax Rate | 17.0% | -5.6% | 17.8% | -1.3% | 0.8% | | |
| Taxes | 144.4 | -14.0% | 144.6 | -13.9% | 0.2 | | |
| Net Income | 705.2 | -7.9% | 669.7 | -12.5% | -35.5 | | |
| | | | | | | | |
| Average Basic Shares | 514.2 | -3.6% | 514.6 | -3.5% | 0.4 | | |
| Average Diluted Shares | 514.2 | -4.0% | 516.5 | -3.6% | 2.3 | | |
| **Non-GAAP EPS** | **$1.37** | **-4.0%** | **$1.30** | **-9.2%** | **-$0.07** | **$1.36** | **-$0.06** |
| | | | | | | | |
| **GAAP to Non-GAAP Adjustments** | | | | | | | |
| **Total One-Time Expenses** | **565.2** | **8.5%** | **618.5** | **18.7%** | **53.3** | | |
| **GAAP Net Income** | 139.9 | -42.7% | 51.2 | -79.0% | -88.7 | | |
| **GAAP EPS** | **$0.27** | **-40.3%** | **$0.10** | **-78.3%** | **-$0.17** | | |
| | | | | | | | |
| **Margin Analysis** | | | | | | | |
| Revenues | 100.0% | | 100.0% | | 0.0% | | |
| COGS | 44.5% | | 45.4% | | 0.9% | | |
| Gross Margin | 55.5% | | 54.6% | | -0.9% | 54.5% | 0.1% |
| SG&A | 19.2% | | 19.8% | | 0.6% | 18.0% | 1.8% |
| R&D | 5.3% | | 4.2% | | -1.1% | 5.1% | -0.9% |
| **Operating Margin** | **31.0%** | | **30.6%** | | **-0.4%** | | |
| Pre-Tax Margin | 27.2% | | 26.4% | | -0.8% | | |
| **Net Margin** | **22.6%** | | **21.8%** | | **-0.9%** | | |

*Source: SVB Leerink estimates, Company reports, FactSet*          *Note: Numbers in $M, except EPS and margins*

Provided for the exclusive use of Luis Sanay at Mylan N.V. on 27-Feb-2019 08:15 AM.