# EXHIBIT 22



**Company Update**
May 7, 2019
SPECIALTY PHARMACEUTICALS

## Equity Research

| **Louise Chen** | **Brandon Folkes, CFA** | **Jennifer Kim** | **Arthur He, Ph.D.** |
|---|---|---|---|
| 212-915-1794 | 212-294-8081 | 212-829-4860 | 212-294-7955 |
| Louise.Chen@cantor.com | Brandon.Folkes@cantor.com | Jennifer.Kim@cantor.com | Arthur.He@cantor.com |

## Mylan Inc. (MYL- $28.26)

**Rating: Neutral**

**Price Target: $31.00**

## Skepticism Remains On A Complex Story Post Mixed 1Q19, Lowering PT

| REV | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| **2017A** | 2,719.5A | 2,962.2A | 2,987.1A | 3,238.9A |
| **2018A** | 2,684.5A | 2,808.3A | 2,862.4A | 3,078.7A |
| **2019E** | 2,495.5A | 2,710.5E | 2,970.0E | 3,415.3E |
| *Prev* | *2,721.3E* | *2,863.6E* | *2,941.9E* | *3,167.7E* |

| EPS | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| **2017A** | 0.93A | 1.10A | 1.10A | 1.43A |
| **2018A** | 0.96A | 1.07A | 1.25A | 1.30A |
| **2019E** | 0.82A | 0.80E | 1.05E | 1.44E |
| *Prev* | *0.70E* | *0.92E* | *1.04E* | — |

| FY | 2017A | 2018A | 2019E |
|---|---|---|---|
| REV | 11,907.7A | 11,433.9A | 11,591.4E |
| *Prev* | — | — | *11,694.6E* |
| P/S | 1.2x | 1.3x | 1.3x |
| EPS | 4.56A | 4.58A | 4.10E |
| P/E | 6.2x | 6.2x | 6.9x |

**Investment Summary.** We are reiterating our Neutral rating, but lowering our 12-month PT to $31 from $41, following a mixed 1Q19 (sales miss vs. FactSet and EPS beat vs. FactSet). The decrease in our PT is driven by multiple contraction. Lack of earnings visibility in 2019+ keeps us on the sidelines, for now. We could still become more constructive on the stock if new product opportunities were to exceed expectations and/or U.S. generic drug pricing were to improve.

- **Takeaways from the quarter:** 1) North America segment net sales of $922.9MM, down 6% on an actual and constant currency basis, primarily driven by changes in the competitive environment and the impact of the Morgantown plant remediation activities., 2) Europe segment net sales of $895.3MM, down 14%, down 6% on a constant currency basis., 3) Rest of World segment net sales of $642.4MM, up 3%, up 11% on a constant currency basis., 4) MYL's EPS beat was driven by gross margins coming in at the high end of its guidance range and there were also some positive offsets from a timing perspective in G&A against its increased sales and marketing spend., 5) 1Q19 adjusted free cash flow of $27MM million was slightly ahead of MYL's expectations. This reflects an anticipated increase in net working capital required to support its topline growth expectations for 2019, which includes over $1B in new product launches., 6) Given its stable and durable cash flow profile, MYL remains committed to de-leveraging and intends to repay $1.1B of debt during 2019., 7) MYL remains committed to maintaining its investment grade credit rating., 8) MYL expects to report on where they are with the strategic review of the company in the near term., And, 9) The $1B+ of new launches can be broken into three main buckets, 1/3 is carryover from the full year impact of 2018 launches, 1/3 is from those already launched in 2019 and 1/3 is from products that MYL still expects to launch in 2019. MYL noted ~$250MM of new launches in 1Q19. ~$200MM of this comes from the U.S..

- **MYL reported 1Q19 EPS of $0.82,** $0.03 above FactSet and $0.12 above our estimate. MYL reaffirmed its 2019 EPS guidance of $3.80-$4.80. FactSet consensus was at $4.41. We updated our financial model for MYL's 1Q19, which did not change in our 2019 EPS estimate.

- **Valuation.** We use a blend of DCF and multiples (EV/EBITDA) analysis to get to our 12-month price target of $31.

## Current Statistics

| | | | |
|---|---|---|---|
| **Market Cap (M)** | $14,581 | **52 Wk. Range** | $42.50 - $26.00 |
| **ADV (3 mo) :** | 5,276,849 | **Shares Out (M) :** | 516.0 |

**The Disclosure Section may be found on pages 13 - 14.**

May 7, 2019

**Valuation**

We use a blend of DCF and multiples (EV/EBITDA) analysis to get to our 12-month price target of $31.

**Risks**

There are several potential upside and downside risks to our Neutral investment thesis and 12-month price target.

**Risks to the downside include the following:** 1) Generic drug pricing continues to decline. This could come from increasing competition for Mylan's key products. Also, customer consolidation has given buying consortiums the power to negotiate better prices, and these consortiums could continue to cause prices to fall. 2) Although the integration of Meda is progressing, if the integration falls behind relative expectations, this could pressure Mylan's stock. It is harder to follow the progress of Meda than of Mylan's other divisions, such as U.S. generics, because there are not a lot of public data available other than what Mylan reports each quarter. 3) A lack of meaningful generic launches in the U.S. could make it hard for Mylan to offset sales declines from mature products. In the generics industry, most products have shorter life cycles than brand drugs because generics, for the most part, are a commodity business.

**Risks to the upside include the following:** 1) Mylan could receive approval for, and launch, Advair and/or Restasis this year. One or a combination of these products could provide upside potential to consensus expectations. These would be limited-opportunity, large generics opportunities. 2) The integration of Meda could progress faster than expected. A higher amount of synergy capture or faster synergy capture could drive upside to the numbers. 3) Mylan's brand drug and biosimilars' businesses may move forward with new products.



May 7, 2019

**Our Bull, Bear and Base Case Analysis**

We also use a blend of DCF and multiples (EV/EBITDA) analysis to arrive at our 12-month Bull- and Bear-case scenarios.

**Exhibit 1: Bull, Bear and Base Case Scenario Analysis**



Source: Cantor Fitzgerald Research and Company Reports

3



May 7, 2019

**Exhibit 2: Variance Analysis**

| | Actual 1Q19 | | Cantor Estimate 1Q19 | | Variance | Comments |
|---|---|---|---|---|---|---|
| | Amount | % Change YOY | Amount | % Change YOY | | |
| Total Revenue | 2,495.5 | -7.0% | 2,721.3 | 1.4% | (225.8) | |
| COGS | 1,154.8 | -8.7% | 1,265.4 | 0.1% | (110.6) | |
| Gross Profit | 1,340.7 | -5.6% | 1,455.9 | 2.5% | (115.2) | |
| SG&A | 563.5 | -0.3% | 725.2 | 28.3% | (161.7) | Benefits from ongoing integration activities and favorable timing of certain items. |
| R&D | 139.0 | -9.3% | 168.0 | 9.6% | (29.0) | Lower expenditures related to the reprioritization of global programs. |
| Operating Income | 638.2 | -9.0% | 562.7 | -19.8% | 75.5 | |
| Non Operating Items | (114.2) | NM | (112.4) | NM | (1.8) | |
| Pre-Tax Income | 524.0 | -13.6% | 450.3 | -25.7% | 73.7 | |
| Taxes | 102.2 | -7.6% | 87.8 | -20.6% | 14.4 | |
| Tax Rate | 19.5% | NM | 19.5% | NM | 0.0% | |
| Other Non-Operating Items | - | NM | - | NM | - | |
| Net Income | 421.8 | -14.9% | 362.5 | -26.9% | 59.3 | |
| Averages Shares | 516.7 | 0.0% | 516.8 | 0.0% | (0.1) | |
| Operating EPS | $0.82 | -14.9% | $0.70 | -26.8% | $0.12 | |
| **Margin Analysis** | | | | | | |
| Revenues | 100.0% | | 100.0% | | | |
| COGS | 46.3% | | 46.5% | | | |
| Gross Margin | 53.7% | | 53.5% | | | |
| SG&A | 22.6% | | 26.6% | | | |
| R&D | 5.6% | | 6.2% | | | |
| Net Income | 16.9% | | 13.3% | | | |

*Source: Cantor Fitzgerald Research and Company reports*

4



May 7, 2019

**Exhibit 3: Catalysts and Events Calendar**

| Date | Driver | Upcoming Event |
|------|--------|----------------|
| *2019+* | | |
| 2H19 | Avastin biosimilar (Bevacizumab) | Submission |
| Fall 2019 | Mylan | Investor Day |
| 3Q19 | BPaL regimen (bedaquiline, pretomanid and linezolid) | PDUFA Date |
| 2019 | Generic Letairis (ambrisentan tabs) | Launch (patent driving exclusivity has expired) |
| 2019 | Generic Restasis | U.S. launch |
| 2019 | Meloxicam | IND filing |
| 2019 | Meloxicam | EU launch |
| 2019 | NovoLog biosimilar (Insulin Aspart) | Initiate Phase 3 (Type 1 diabetes) |
| 2019 | Influvac | Submission (3-17 years old) |
| 2019+ | Viagra | Launch generic with royalty bearing license as early as 12/11/17 |
| 2019+ | Ogivri, Herceptin (Trastuzumab) biosimilar | Launch - settlement date is confidential |
| 2019+ | Generic Advair | Submit EU filing |
| 2019+ | GA Depot | IND filing & Initiate Phase 3 trial |
| 2019+ | Conjugated estrogens (Gx Premarin) | Meeting with FDA |
| 2019+ | Generic Flixotide pMDI | EU launch |
| 2019+ | PSX1001 | First MAA submitted in EU |
| 1/1/2020 | Silenor | Launch per settlement, AG for 180 days |
| 1Q20/2Q20 | Lantus biosimilar (Insulin Glargine) | U.S. launch |
| 2H20 | NovoLog biosimilar (Insulin Aspart) | Phase 3 data (Type 1 diabetes) |
| 4Q20/1Q21 | GA Depot | NDA submission |
| ~Late 2020/2021 | Generic Symbicort | 30-month stay ends |
| 2022-2025 | Biosimilar to BOTOX | Approval and Launch |
| 7/31/2023 | Humira biosimilar (Adalimumab) | Earliest possible U.S. launch, per patent license with AbbVie |
| 2025 | Yupelri (revefenacin or TD-4208) | U.S. exclusivity ends |
| 2/5/2030 | Generic Linzess (145 mcg and 290 mcg) | Launch, per settlement with AGN |
| 8/5/2030 | Generic Linzess (72 mcg) | Launch, per settlement with AGN |
| August 2030 | GA Depot | U.S. patents expire |

*Source: Cantor Fitzgerald Research and Company Reports*



May 7, 2019

**Exhibit 4: Cantor Estimates Versus Management Guidance**

| (in millions of US$ except EPS) | 2019<br>MYL Guidance | MYL Midpoint | 2019<br>Cantor Fitzgerald Estimates |
|---|---|---|---|
| **2019** | | | |
| **Total Revenues** | $11,500 to $12,500 | $12,000 | $11,591 |
| Adjusted Gross Profit Margin | 53.0% to 54.0% | 53.5% | 53.6% |
| Adjusted SG&A as % of sales | 21.0% to 22.0% | 21.5% | 21.8% |
| Adjusted R&D as % of sales | 4.5% to 5.5% | 5.0% | 5.2% |
| Adjusted EBITDA | $3,300 to $3,900 | $3,600 | $4,041 |
| Adjusted Effective Tax Rate | 19.0% to 20.0% | 19.5% | 19.5% |
| Adjusted Net Income | $2,000 to $2,500 | $2,250 | $2,120 |
| **Adjusted EPS** | **$3.80 to $4.80** | **$4.30** | **$4.10** |
| Average Diluted Shares Outstanding | 515 to 519 | 517 | 517 |
| **Adjusted Free Cash Flow** | **$1,900 to $2,300** | **$2,100** | **$1,442** |
| Capital Expenditures | $250 to $400 | $325 | $325 |

*Source: Cantor Fitzgerald Research and Company Reports*

(1) MYL expects $1.1B in new product launches in 2019. MYL has already launched 2/3 of the products needed to hit its target and has received nearly all required regulatory approvals. Wixela is a significant contributor to new product launches in North America. 1Q19 value of new launches was $250MM, with ~$200MM from the U.S. and the remaining split between EU and ROW. EU and ROW new launches is expected to be more weighted to 2H19. 1/3 of the $1.1B is expected to come from the carryover impact from products launched in 2018; 1/3 is expected to primarily be from Wixela; and 1/3 is expected to come from new launches in 2019.

(2) The company expects to repay $1.1B of debt during 2019 (including scheduled maturities in June and November) and maintain its investment credit rating. MYL's long-term average debt to Credit Agreement Adjusted EBITDA leverage ratio target of ~3.0x.

(3) MYL continues to expect adjusted EPS to be ~4-5 percentage points higher in the second half of 2019 as a percentage of FY2019 relative to the contribution in 2H18. This is due to the higher profitability of new product launches and the expected favorable impact of investments in S&M.

(4) 2019 Segment Net Sales Guidance:

North America: High-single digits % growth. Fulphila has been a successful launch in U.S. U.S. pricing has not seen accelerated erosion.

Europe: Mid-single digits % growth. In 1Q19, EU was impacted by a timing issue not due to pricing but primarily (6%) due to the disruption because of the implementation of serialization. This is not expected to persist in future quarters.

Rest of World: Mid-single digits % growth.

(5) MYL believes 21-22% of sales is the right level of adjusted SG&A investment given the evolution of commercial/geographic mix.

(6) MYL is happy with the Wixela launch so far, with uptake running 45-50%. MYL sees further opportunity as it works with payers to drive additional ramp/share into the end of 2019.