# EXHIBIT 23

RBC Capital Markets                                                    RBC Insight

**Research**

## MYL 1Q is mixed with reaffirmed guidance, we expect focus on revenue miss; call at 10AM ET

Sentiment Indicator : **negative**

Produced by Stanicky, Randall (RBC Capital Markets, LLC) on Tuesday, May 07, 2019, 09:45 AM ET

Disseminated on Tuesday, May 07, 2019, 09:48 AM ET

**MYL reported 1Q revenue and EPS of $2.5 billion and $0.82 which is mixed relative to Street at $2.7 billion and $0.79.** We expect focus to fall squarely on the revenue miss which impacted all three segments (foreign currency played a role). The EPS beat was largely driven by lower than expected operating spend which came in ~$108 million (~13%) below Street. Notably, this comes despite MYL's messaging that spend will ramp this year which begs the question whether the 1Q results are sustainable. Not the quarter we were looking for and we would expect stock weakness. **The conference call is at 10AM ET - dial-in: 855-493-3607, ID: 4992316.** Refer to our 5/5 note which lays out our top ten **questions for management (link). Several quick thoughts:**

* MYL reaffirmed full-**year revenue and EPS guidance of $11.5 billion to $12.5 billion and $3.80 to $4.80, respectively.** Guidance continues to imply a fairly steep ramp in revenue and EPS over the course of 2019. We will be listening closely on the call for color around which products are expected to drive that ramp, as well as timing around the expected increase in spend which thus far has not materialized.

* **North America sales came in at $923 million versus Street at $943 million.** New product sales from Wixela Inhub and Fulphila plus increased market share on generic Copaxone were offset by lower overall volumes (including the impact of Morgantown remediation activities) and lower pricing.

* **Gross margins were a bright spot, increasing to 53.7% (Street at 53.1%) from 52.9% in the prior year.** While unclear which segments are driving the favorable variance, the increase is directionally consistent with signs of stabilization and early positive trends we are seeing in the US generic sector.

* **There was no mention of the ongoing strategic review in the press release or presentation.** We will be looking for further color on the call here but expectations are understandably low (process begin last Aug with no material updates since then). At some point MYL has to either walk away from the review or provide an update but at this point investor expectations are appropriately very low.

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Mylan N.V. | NASDAQ | MYL US | Outperform | Not Assigned | 45.00 | US Dollar | 28.26 | 07 May 2019 09:26:20 ET |

**RBC Capital Markets, LLC**
**Randall Stanicky (Analyst)** | (212) 618-3266 | Randall.Stanicky@rbc.com
**RBC Capital Markets, LLC**
**Ashley Ryu (AVP)** | (212) 299-9893 | ashley.ryu@rbccm.com
**Daniel Busby (Senior Associate)** | (212) 301-1619 | Daniel.Busby@rbc.com

Click here for conflict of interest and other disclosures relating to Mylan N.V., Randall Stanicky These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

Provided for the exclusive use of Alec Buchmelter at Mylan Laboratories Inc. on 07-May-2019 10:19 AM.