# EXHIBIT 24

May 7, 2019
**OUTPERFORM**

Reason for report:
**FLASH NOTE**

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

**Sheldon Fan, Ph.D.**
(212) 277-6074
sheldon.fan@svbleerink.com

**Eason Lee**
(212) 277-6070
eason.lee@svbleerink.com


**SVBLEERINK**

# MYLAN N.V.

## Low Quality 1Q19 EPS Beat; 2019 Guidance Reiterated

• **Bottom Line: We expect the stock trade down today as the reported 1Q missed expectations for sales by ~7%, and the EPS beat was driven mainly by lower spending.** 1Q EPS of $0.82 came in above the $0.79 consensus and our estimate of $0.78. The revenue miss (-$248M vs SVBL and -$198M vs cons.) was driven by North America sales (-$66M vs SVBL and -$20M vs cons.) and the EMEA (-$179M vs SVBL and -$161M vs cons.), with ROW largely in line (+1M vs SVBL and -10M vs cons.), although ~2/3 of the revenue miss was attributed to unfavorable exchange rate (-$132M). This, along with the in-line gross margin of 54% and lower operating expenses in the quarter (-$108M vs cons.), drove the EPS beat. Management reiterated revenue guidance for 2019 of $11.5-12.5B (consensus of $12.0M), EPS guidance of $3.80-4.80 (consensus of $4.41), and adjusted free cash flow guidance of $1.9-2.3B.

• **Additional takeaways: (1)** Weakness in North America (-6% Y/Y) was driven by lower volumes on existing products, primarily driven by changes in the competitive environment and the impact of the Morgantown plant remediation activities, partially offset by new product sales. **(2)** EU sales miss was driven by $77.5M from unfavorable currency; on a constant currency basis sales decreased $65.6M, or 6% Y/Y. **(3)** ROW sales were negatively impacted by $51.8M due to unfavorable currency; on a constant currency basis, sales grew $67.5M, or 11% Y/Y. **(4)** Operating expenses came in lower on both SG&A (+$90M vs cons.) and R&D (+ $18M vs cons.).

• **Key focus on the call:** During the call we look for additional color from management on **(1)** the progress of the remediation efforts for the Morgantown facility, **(2)** management's latest evaluation on the progress of Gx Advair and potential strategies to boost its growth, **(3)** update on the market dynamics of biosimilar Neulasta following Coherus' launch, **(4)** management's expectations for Gx Copaxone in 2019 following its list price decrease taken last June, **(5)** any additional color on potential upcoming new product opportunities such as Ogivri (biosimilar Herceptin) in the US, and **(6)** potential update on the outcome of the strategic review.

| Key Stats: | (NYSE: MYL) |
|---|---|
| **Sector:** | **Generics** |
| **S&P 500 Health Care Index:** | **1,049.13** |
| **Price :** | **$25.15** |
| 52 Week High: | $42.50 |
| 52 Week Low: | $26.00 |
| Shares Outstanding (mil): | 515.6 |
| Market Capitalization (mil): | 12,967.3 |
| Convertibles: | Yes |

Completion: May 07, 2019, 10:00AM EDT.
Distribution: May 07, 2019, 10:00AM EDT.
 *Price: Intra-day price*
 *General: As of 4Q18*

**Please refer to pages 4 - 6 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

**MYLAN N.V.**                                                    May 7, 2019

**2**

## Figure 1: Mylan 1Q19 Variance Analysis

| MYL Variance Analysis | | | | | | | SVB Leerink | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | **Ami Fadia** | |
| **Conference Call: 5/7/2019, 10:00 AM** | | | | | | | Therapeutics Analyst | |
| **Dial In: 855.493.3607** | | | | | | | (212) 277-6047; ami.fadia@svbleerink.com | |
| **Passcode: 4992316** | | | | | | | | |
| | **1Q18A** | **1Q19E** | | **1Q19A** | | | | |
| | **Value** | **Value** | **% Change** | **Value** | **% Change** | **Variance** | **Consensus** | **Actual vs Cons** |
| **Geographical Area** | | | | | | | | |
| North America | 985.3 | 989.3 | 0.4% | 922.9 | -6.3% | -66.4 | 943.3 | -20.4 |
| EMEA | 1,038.4 | 1,074.7 | 3.5% | 895.3 | -13.8% | -179.4 | 1056.3 | -161.0 |
| ROW | 626.7 | 641.3 | 2.3% | 642.4 | 2.5% | 1.1 | 652.6 | -10.2 |
| Other | 34.1 | 38.4 | 12.7% | 34.9 | 2.3% | -3.5 | | |
| **Total Revenues** | **2684.5** | **2743.6** | **2.2%** | **2495.5** | **-7.0%** | **-248.1** | **2693.7** | **-198.2** |
| COGS | 1,264.7 | 1,257.2 | -0.6% | 1154.8 | -8.7% | 102.4 | | |
| Gross Profit | 1419.8 | 1486.4 | 4.7% | 1340.7 | -5.6% | -145.7 | 1438.6 | -97.9 |
| SG&A | 565.2 | 720.0 | 27.4% | 563.5 | -0.3% | 156.5 | 653.2 | -89.7 |
| R&D | 153.3 | 148.2 | -3.4% | 139.0 | -9.3% | 9.2 | 157.0 | -18.0 |
| Operating Income | 701.3 | 618.2 | -11.8% | 638.2 | -9.0% | 20.0 | | |
| Non-Operating Items | -95.1 | -121.9 | 28.2% | -114.2 | 20.1% | 7.7 | | |
| Pre-tax Income | 606.2 | 496.3 | -18.1% | 524.0 | -13.6% | 27.7 | | |
| Tax Rate | 18.2% | 19.5% | 6.9% | 19.5% | 6.8% | 0.0% | | |
| Taxes | 110.6 | 96.8 | -12.5% | 102.2 | -7.6% | 5.4 | | |
| Net Income | 495.6 | 399.6 | -19.4% | 421.9 | -14.9% | 22.3 | | |
| Average Basic Shares | 514.4 | 514.4 | 0.0% | 515.0 | 0.1% | 0.6 | | |
| Average Diluted Shares | 516.8 | 514.4 | -0.5% | 516.7 | 0.0% | 2.3 | | |
| **Non-GAAP EPS** | **$0.96** | **$0.78** | **-19.0%** | **$0.82** | **-14.9%** | **$0.04** | **$0.79** | **$0.03** |
| **GAAP to Non-GAAP Adjustments** | | | | | | | | |
| **Total One-Time Expenses** | **408.5** | **440.1** | **7.7%** | **446.8** | **9.4%** | **6.7** | | |
| **GAAP Net Income** | 87.1 | -40.6 | -146.6% | -25.0 | -128.6% | 15.6 | | |
| **GAAP EPS** | **$0.17** | **-$0.08** | **-146.8%** | **-$0.05** | **-128.7%** | **$0.03** | | |
| **Margin Analysis** | | | | | | | | |
| Revenues | 100.0% | 100.0% | | 100.0% | | 0.0% | | |
| COGS | 47.1% | 45.8% | | 46.3% | | 0.5% | | |
| Gross Margin | 52.9% | 54.2% | | 53.7% | | -0.5% | 53.4% | 0.3% |
| SG&A | 21.1% | 26.2% | | 22.6% | | -3.7% | 24.3% | -1.7% |
| R&D | 5.7% | 5.4% | | 5.6% | | 0.2% | 5.8% | -0.3% |
| **Operating Margin** | **26.1%** | **22.5%** | | **25.6%** | | **3.0%** | | |
| Pre-Tax Margin | 22.6% | 18.1% | | 21.0% | | 2.9% | | |
| **Net Margin** | **18.5%** | **14.6%** | | **16.9%** | | **2.3%** | | |

*Source: SVB Leerink estimates, Company reports, FactSet*          *Note: Numbers in $M*

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

**MYLAN N.V.**                                                    May 7, 2019

**Figure 2: Mylan Revised 2019 Guidance**

|  | Mylan Guidance Issued 2/26/2019 | Mylan Guidance Revised 5/7/2019 |
|---|---|---|
| **Total Revenues** | **$11.5 - 12.5B** | **Reiterated** |
| NA Segment % Growth vs 2018 | High-single digits | |
| EU Segment % Growth vs 2018 | Mid-single digits | |
| ROW Segment % Growth vs 2018 | Mid-single digits | |
| **Diluted EPS** | **$3.80 - 4.80** | **Reiterated** |
| Capital Expenditures | $250 - 400M | |
| **Adjusted Free Cash Flow** | **$1.9 - 2.3B** | **Reiterated** |

*Source: SVB Leerink estimates, Company reports, FactSet*          *Note: Numbers in $M*

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

**MYLAN N.V.**                              May 7, 2019



## Disclosures Appendix

## Analyst Certification

I, Ami Fadia, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

We use a 2021E weighted average EV/EBITDA multiple of ~8x on EBITDA of ~$4.2B to derive our price target of $35 per share.

## Risks to Valuation

The generic Advair opportunity may be smaller than our estimates, commercial uptake of biosimilars may take longer than anticipated, growth in OUS markets may be slower than expected, market penetration of generic Copaxone may not improve, biosimilar Neulasta ramp may be slower than our estimates, and remediation for the Morgantown facility may take longer to alleviate or reach a lower capacity than our current estimates.

4

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

**MYLAN N.V.**                                        May 7, 2019



| Distribution of Ratings/Investment Banking Services (IB) as of 03/31/19 | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **152** | **70.0** | **54** | **35.5** |
| **HOLD [MP]** | **61** | **28.1** | **2** | **3.3** |
| **SELL [UP]** | **4** | **1.8** | **0** | **0.0** |

## Explanation of Ratings

**Outperform (Buy): We expect this stock to outperform its benchmark over the next 12 months.**

**Market Perform (Hold/Neutral): We expect this stock to perform in line with its benchmark over the next 12 months.**

**Underperform (Sell): We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

**5**

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

**MYLAN N.V.**            May 7, 2019



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders, and other specialists accessed by SVB Leerink LLC and its clients.

SVB Leerink LLC makes a market in Mylan N.V.

SVB Leerink LLC is willing to sell to, or buy from, clients the common stock of Mylan N.V. on a principal basis.

© 2019 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.

# EQUITY RESEARCH TEAM

# SVBLEERINK

## RESEARCH MANAGEMENT

**John L. Sullivan, CFA**
Director of Equity Research
(617) 918-4875
john.sullivan@svbleerink.com

**Jim Kelly**
Associate Director of Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Vice President
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Bradley Canino, CPA
(212) 277-6158
bradley.canino@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Thomas Smith**
(212) 277-6069
thomas.smith@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Pasha Sarraf, M.D., Ph.D.**
(212) 277-6013
pasha.sarraf@svbleerink.com

Mike Kratky, CFA
(212) 277-6192
mike.kratky@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Guofang (Rudy) Li, Ph.D.
(212) 277-6127
guofang.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Dae Gon Ha, Ph.D.
(617) 918-4093
daegon.ha@svbleerink.com

## GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

Sheldon Fan, Ph.D.
(212) 277-6074
sheldon.fan@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

David Delahunt
(212) 277-6021
david.delahunt@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang
(212) 277-6087
rebecca.wang@svbleerink.com

Dylan J. Gantley, CFA
(212) 277-6095
dylan.gantley@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

Dylan J. Gantley, CFA
(212) 277-6095
dylan.gantley@svbleerink.com

## HEALTHCARE SERVICES: MANAGED CARE, FACILITIES, PAYOR SERVICES

**Ana Gupte, Ph.D.**
(212) 277-6040
ana.gupte@svbleerink.com

Daniel Grosslight
(212) 277-6140
daniel.grosslight@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTIRBUTION, DIGITAL HEALTH

**David Larsen, CFA**
(617) 918-4502
david.larsen@svbleerink.com

Jonathan McGraw Bentley
(617) 918-4887
jonathan.bentley@svbleerink.com

Westley Dupray
(617) 918-4549
westley.dupray@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST
Mary Ellen Eagan, CFA
(617) 918-4837
maryellen.eagan@svbleerink.com

### SUPERVISORY ANALYSTS
Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

### EDITORIAL ASSOCIATE
Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2019 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

Provided for the exclusive use of Alec Buchmelter at Mylan N.V. on 07-May-2019 10:08 AM.