# EXHIBIT 26



**May 22, 2019**

**Mylan N.V.** (NASDAQ: MYL)

$**19.67** USD ( As of 05/21/19 )

**Zacks Rank 3-Hold**

**Style:** Value: A | Growth: F | Momentum: B | VGM: C

## Data Overview

| | |
|---|---|
| 52 Week High-Low | **$41.86 - $19.42** |
| 20 Day Average Volume | **9,963,277** |
| Beta | **1.44** |
| Market Cap | **10.14 B** |
| Dividend / Div Yld | **$0.00 / 0.00%** |
| Industry | **Medical - Generic Drugs** |
| Industry Rank | **197 / 256 (Bottom 23%)** |
| Current Ratio | **1.51** |
| Debt/Capital | **54.45%** |
| Net Margin | **2.14%** |
| Price/Book (P/B) | **0.85** |
| Price/Cash Flow (P/CF) | **2.27** |
| Earnings Yield | **21.76%** |
| Debt/Equity | **1.20** |

| **Value Score** | **A** |
|---|---|
| P/E (F1) | **4.60** |
| P/E (F1) Rel to Industry | **6.95** |
| PEG Ratio | **1.02** |
| P/S (F1) | **0.90** |
| P/S (TTM) | **0.90** |
| P/CFO | **2.27** |
| P/CFO Rel to Industry | **0.13** |
| EV/EBITDA Annual | **8.18** |

| **Growth Score** | **F** |
|---|---|
| Proj. EPS Growth (F1/F0) | **-6.65%** |
| Hist. EPS Growth (Q0/Q-1) | **7.95%** |
| Qtr CFO Growth | **-73.52** |
| 2 Yr CFO Growth | **-112.31** |
| Return on Equity (ROE) | **18.96%** |
| (NI - CFO) / Total Assets | **-1.53** |
| Asset Turnover | **0.34** |

| **Momentum Score** | **B** |
|---|---|
| 1 week Volume change | **0.28%** |
| 1 week Price Cng Rel to Industry | **-11.41%** |
| (F1) EPS Est 1 week change | **0.00%** |
| (F1) EPS Est 4 week change | **-2.41%** |
| (F1) EPS Est 12 week change | **-14.25%** |
| (Q1) EPS Est 1 week change | **0.00%** |

## Summary

Mylan's first-quarter earnings beat estimates but sales missed the same due to currency headwinds. North America continues to witness challenges due to changes in the competitive environment and the impact of the Morgantown plant remediation activities. Europe too was affected by temporary business disruptions and timing of purchases. These declines were partially offset by new product sales, including Wixela and Fulphila, and gain in market share for generic Copaxone. The biosimilars portfolio is also gaining traction with a few important approvals. Mylan expects to generate more than $1 billion from new products in 2019. Shares have underperformed the industry in the past six months.

## Elements of the Zacks Rank









© 2019 Zacks Investment Research, All Rights Reserved

10 S. Riverside Plaza Suite 1600 • Chicago, IL 60606

The data on the front page and all the charts in the report represent market data as of 05/21/19, while the reports text is as of 05/22/2019

## Overview

Mylan N.V. is a global pharmaceutical company with a well-established generics business as well as a presence in specialty pharmaceuticals. The company's business model includes the development, manufacturing and marketing of branded and generic drugs as well as active pharmaceutical ingredients (APIs) in North America, Europe and Rest of World. Notably, Mylan has one of the world's largest API operations.

Mylan has been making prudent acquisitions and inking strategic deals to drive long-term growth. In Feb 2015, the company acquired Abbott Laboratories' non-U.S. developed markets' specialty and branded generics business. Further, in Nov 2015, it acquired certain female health care businesses of Famy Care.

Other transactions include the acquisitions of Agila Specialties, Merck KGaA's generics and specialty pharmaceutical business, Bioniche Pharma and Pfizer's respiratory delivery platform. In Jun 2016, Mylan acquired the non-sterile, topicals-focused business of privately held Renaissance Acquisition Holdings for about $1 billion. In Aug 2016, Mylan acquired Swedish drug manufacturer, Meda, in a deal valued at $9.9 billion. All these buyouts augmented the company's diversified product portfolio and expanded its range of capabilities.



EPS Hist. and Est.



Sales Hist. and Est.

The company reports results under the following three segments on a geographic basis: (1) North America, (2) Europe and (3) Rest of World. The North America segment accounts for operations in the United States and Canada and includes the results of previously reported Specialty segment. The segment primarily develops, manufactures, sells and distributes pharmaceutical products in tablets, capsules, injectables, transdermal patches, gels, nebulized and creams or ointment forms. While Mylan's Specialty portfolio consists mainly of branded specialty injectable and nebulized products and competes primarily in the respiratory and severe allergy markets. The most significant product in this segment is EpiPen auto-injector, used to treat severe allergic reactions like anaphylaxis. The Europe segment comprises operations in 35 countries within the region. The Rest of World segment caters to operations in India, Australia, Japan and New Zealand.

Revenues for 2018 came in at $11.43 billion, down 4% from 2017.



**Reasons To Buy:**

▲ **Generics Segment Driving Revenues**: Mylan's  Generics segment has been performing well driven by new product launches.  Mylan has one of the largest product portfolios among all generic pharmaceutical companies.  With the acquisition of the Topicals Business, Mylan gained a complementary portfolio of approximately 25 branded and generic topical products, including an active pipeline of approximately 25 products as well as established United States sales and marketing infrastructure targeting dermatologists. The Topicals Business added to Mylan an integrated manufacturing and development platform along with a leading topicals-focused contract development and manufacturing organization. The segment also benefited from the acquisition of Abbott's non-U.S. developed markets' branded generics business. Mylan won FDA approval for a generic version of Copaxone (40 mg) in October 2017. The generic was also approved in Europe. Mylan launched the first authorized generic for the EpiPen Auto-Injector, which has the same drug formulation and device functionality as the branded product.

> Mylan's Generics segment has been performing impressively. Launch of new generic drugs should boost revenues significantly. Prudent acquisitions also bode well for long-term growth.

Moreover, Mylan received a significant boost, when the FDA approved its generic version of GlaxoSmithKline's  Advair Diskus — Wixela Inhub —  following a few setbacks. Notably, this is the first generic of Advair Diskus approved, which in turn, will give Mylan an edge in the market. Wixela Inhub is indicated for the twice-daily treatment of asthma patients aged four and above, who are not adequately relieved by long-term asthma-control medications or whose disease warrants initiation of therapy with both inhaled corticosteroids and long-acting beta agonists; maintenance treatment of chronic obstructive pulmonary disease (COPD) and the reduction of COPD exacerbations in patients with a history of exacerbations. Per IQVIA, Advair Diskus registered sales of $4.2 billion for the 12 months ending Nov 30, 2018. Hence, the market potential is huge for Wixela.

▲ **Biosimilar Pipeline Progress**: Mylan is also exploring the world of biosimilars, a market that has the potential to grow to $20 billion in 2020. A partnership with Biocon, and collaborations with Momenta and Mabion has helped Mylan develop a portfolio of 20 biosimilar/insulin analog generic products,. The Biocon partnership includes six biosimilar programs such as biosimilar versions of Herceptin, Neulasta, Humira, Avastin, Enbrel and Neupogen and three insulin analogs (Lantus, Humalog and NovoLog). Mylan received a major boost with the FDA approval of Ogiviri, the biosimilar version of Herceptin. In March 2018, Mylan and Biocon announced that their co-developed biosimilar insulin glargine Semglee has obtained approval from the European Commission (EC), following the positive recommendation by the Committee for Medicinal Products for Human Use of the European Medicines Agency. Mylan and Biocon also obtained FDA approval for Fulphila, a biosimilar of Neulasta. The news comes as a significant boost for Mylan, given the potential market for Fulphilia. According to the IQVIA, Neulasta generated U.S. sales of $4.2 billion for the 12 months ending Mar 31, 2018. Notably, this is the first FDA-approved biosimilar of Neulasta. The company also obtained approval for Hulio, a biosimilar to Humira, and ABEVMy, a biosimilar to Avastin.

▲ **Acquisitions and Deals to Drive Growth**: Mylan has been undertaking prudent acquisitions and inking strategic deals to drive long-term growth. The Topicals Business Mylan with a complementary portfolio of commercial and pipeline products, and an established sales and marketing infrastructure targeting dermatologists in the United States. The Topicals Business also provided an integrated manufacturing and development platform. On the other hand, Meda acquisition provided the company with a diversified and expansive portfolio of branded and generic medicines along with a strong and growing portfolio of over-the-counter (OTC) products. The Meda acquisition has also expanded Mylan's  OTC presence into a $1-billion business. Moreover, the acquisition of Meda expanded the company's  footprint in key emerging markets, including, China, Russia, Turkey, and Mexico, and in countries in South East Asia, and the Middle East, which complemented Mylan's  existing presence in India, Brazil and Africa (including South Africa). The company has recently collaborated with Revance Therapeutics for the development and commercialization of a proposed biosimilar of Botox.In August 2018, Mylan acquired worldwide rights to cystic fibrosis products TOBI Podhaler and TOBI solution from Novartis, which should broaden the former's respiratory portfolio.

▲ **Approval For COPD Drug**: The FDA has approved Yupelri (revefenacin) inhalation solution for the maintenance treatment of patients with chronic obstructive pulmonary disease (COPD). Yupelri, a long-acting muscarinic antagonist (LAMA), is the first and only once-daily, nebulized bronchodilator approved for the treatment of COPD in the United States.

**Reasons To Sell:**

▼ **Share Price Performance:** Mylan's  stock has lost 28.2% in the year so far compared with the industry's decline of 5.2%.

▼ **Increasing Competition:** Competition has stiffened for EpiPen. Rival Teva Pharmaceutical won the FDA approval for the first generic version of Mylan's  EpiPen and EpiPen Jr (epinephrine) auto-injector for the emergency treatment of allergic reactions, including those that are life-threatening (anaphylaxis), in adult and pediatric patients. This in turn will impact sales.

> The EpiPen woes continue to plague Mylan. In addition, the failure of the biosimilar study was also disappointing.

▼ **Pipeline Setbacks**: In a major setback, the company and partner Momenta reported disappointing results from a phase I study on the biosimilar version of Orencia. The study failed to meet primary endpoints. Any additional failures will be detrimental to the company's growth prospects **.**

▼ **Delay in Generic Approvals**: The company's  efforts to get Advair's  generic approved suffered a blow, when the FDA issued a complete response letter to its ANDA for generic Advair. Although the FDA has approved the generic, similar setbacks are likely to weigh on the stock.

▼ **Warning Letter for Morgantown plant**: The FDA completed an inspection at Mylan's plant in Morgantown, WV, in 2018 and made observations through a Form 483. Thereafter, Mylan submitted a comprehensive response to the FDA. During the second quarter of 2018, Mylan started a restructuring and remediation program to reduce complexity at the Morgantown manufacturing facility, which led to the discontinuation of some products and transfer of some to other manufacturing sites, a reduction in workforce, and extensive remediation activities. These actions have led to a temporary disruption in supply of certain products. In the fourth quarter, the company received a warning letter related to the previously disclosed observations.

## Last Earnings Report

**Mylan Q1 Earnings Beat Estimates, Revenues Miss**

Mylan reported adjusted earnings of 82 cents per share in the first quarter of 2019, which beat the Zacks Consensus Estimate of 79 cents but declined from 96 cents in the year-ago quarter.

However, first-quarter revenues of $2.50 billion missed the Zacks Consensus Estimate of $2.69 billion and declined 7% from the prior-year quarter.

**Quarter in Detail**

The company posts results in three segments on a geographic basis — North America, Europe and Rest of World.

North America segment's  net sales came in at $922.9 million, down 6% year over year. This decline is primarily attributable to lower volumes of existing products due to changes in the competitive environment and remediation activities at the Morgantown plant. Pricing also declined from the year-ago quarter.

Net sales in the Europe segment were $895.3 million, down 14% due to unfavorable impact of foreign currency translation, lower volumes of existing products driven by the timing of purchases of the company's  products by customers and temporary business disruptions due to the adoption of serialization across Europe, and pricing.

Rest of World segment's net sales of $642.4 million were up 3%, driven by new product sales and higher volumes of existing products.

Adjusted gross margin of 54% increased from 53% in the year-ago quarter.

**2019 Guidance**

The company reaffirmed its guidance for 2019. Revenues are projected between $11.5 billion and $12.5 billion.

The company anticipates adjusted EPS around $3.80-$4.80.

**Quarter Ending 03/2019**

| Report Date | **May 07, 2019** |
|---|---|
| Sales Surprise | **-7.32%** |
| EPS Surprise | **3.80%** |
| Quarterly EPS | **0.82** |
| Annual EPS (TTM) | **4.44** |

**Mylan Q1 Earnings Beat Estimates, Revenues Miss**

## Recent News

**Data on Yupelri- May 20**

Mylan and partner Theravance Biopharma announced data from its pivotal phase III efficacy studies and a 52-week safety study at the 2019 American Thoracic Society (ATS) International Conference in Dallas, Texas. The post-hoc analysis highlights the potential role of Yupelri for the treatment of chronic obstructive pulmonary disease (COPD) in the United States.

**Expands Oncology Portfolio with Launch of Generic Tarceva Tablets – May 10**

Mylan announced the U.S. launch of the generic version of Roche's oncology drug, Tarceva.

---

## Recent News

**Data on Yupelri- May 20**

**Industry Analysis** Zacks Industry Rank:

**Top Peers**

| | |
|---|---|
| Bausch Health Cos Inc. **(BHC)** | 2 |
| Allergan plc **(AGN)** | 3 |
| Teva Pharmaceutical Industries Ltd. **(TEVA)** | 3 |
| ASPEN PHARMACR **(APNHY)** | 3 |
| Mallinckrodt public limited company **(MNK)** | 3 |
| Dr. Reddys Laboratories Ltd **(RDY)** | 5 |
| Akorn, Inc. **(AKRX)** | 3 |
| Supernus Pharmaceuticals, Inc. **(SUPN)** | 5 |
| Amphastar Pharmaceuticals, Inc. **(AMPH)** | 3 |

**Industry Comparison** Medical - Generic Drugs | Position in Industry: 3 of 21 — Industry Peers

| | MYL 3 | X Industry | S&P 500 | BHC 2 | AGN 3 | TEVA 3 |
|---|---|---|---|---|---|---|
| Market Cap | 10.14 B | 386.36 M | 22.51 B | 8.62 B | 45.39 B | 12.06 B |
| # of Analysts | 7 | 4 | 14 | 8 | 18 | 11 |
| Dividend Yield | 0.00% | 0.00% | 1.94% | 0.00% | 2.14% | 0.00% |
| **Value Score** | A | - | - | A | B | A |
| Cash/Price | 0.02 | 0.20 | 0.04 | 0.09 | 0.04 | 0.17 |
| EV/EBITDA | 8.18 | -2.27 | 12.44 | 74.03 | 77.02 | -48.20 |
| PEG Ratio | 1.02 | 1.04 | 1.85 | 0.56 | 1.27 | 1.42 |
| Price/Book (P/B) | 0.85 | 2.58 | 3.06 | 3.08 | 0.75 | 0.76 |
| Price/Cash Flow (P/CF) | 2.27 | 4.27 | 12.29 | 1.99 | 3.74 | 2.56 |
| P/E (F1) | 4.60 | 7.21 | 17.00 | 5.90 | 8.37 | 5.00 |
| Price/Sales (P/S) | 0.90 | 2.89 | 2.55 | 1.03 | 2.89 | 0.67 |
| Earnings Yield | 21.76% | -11.50% | 5.83% | 16.95% | 11.95% | 19.98% |
| Debt/Equity | 1.20 | 0.13 | 0.69 | 8.61 | 0.32 | 1.66 |
| Cash Flow ($/share) | 8.68 | -0.25 | 6.82 | 12.32 | 37.01 | 4.63 |
| **Growth Score** | F | - | - | C | A | D |
| Hist. EPS Growth (3-5 yrs) | 7.95% | 6.28% | 9.10% | -17.42% | 4.93% | -12.69% |
| Proj. EPS Growth (F1/F0) | -6.65% | -6.00% | 6.49% | 3.18% | -0.83% | -18.79% |
| Curr. Cash Flow Growth | 5.27% | -1.15% | 16.20% | -1.15% | -6.41% | -26.03% |
| Hist. Cash Flow Growth (3-5 yrs) | 22.00% | 1.19% | 8.89% | 0.85% | 35.89% | -4.41% |
| Current Ratio | 1.51 | 2.42 | 1.27 | 1.08 | 0.71 | 0.96 |
| Debt/Capital | 54.45% | 13.30% | 42.29% | 89.59% | 24.49% | 62.40% |
| Net Margin | 2.14% | -70.47% | 11.59% | -19.27% | -45.94% | -18.66% |
| Return on Equity | 18.96% | -38.57% | 17.60% | 47.01% | 8.45% | 16.84% |
| Sales/Assets | 0.34 | 0.24 | 0.55 | 0.25 | 0.15 | 0.29 |
| Proj. Sales Growth (F1/F0) | 2.26% | 1.73% | 3.82% | 1.41% | -3.76% | -8.87% |
| **Momentum Score** | B | - | - | A | B | C |
| Daily Price Chg | 1.29% | 1.29% | 1.07% | 1.07% | -0.22% | 3.22% |
| 1 Week Price Chg | -11.41% | -4.00% | -0.77% | -1.03% | 0.03% | -19.01% |
| 4 Week Price Chg | -26.05% | -2.60% | -1.53% | 4.35% | -2.60% | -20.46% |
| 12 Week Price Chg | -35.76% | -11.21% | 1.42% | 5.74% | 1.37% | -29.99% |
| 52 Week Price Chg | -49.83% | -37.91% | 4.06% | 11.17% | -10.65% | -43.52% |
| 20 Day Average Volume | 9,963,277 | 215,864 | 1,981,865 | 4,541,335 | 2,226,619 | 15,635,198 |
| (F1) EPS Est Wkly Chg | 0.00% | 0.00% | 0.00% | 2.16% | 0.00% | 0.00% |
| (F1) EPS Est Mthly Chg | -2.41% | -1.68% | 0.13% | 5.63% | 1.85% | -1.68% |
| (F1) EPS Est Qtrly Chg | -14.25% | 0.00% | 0.19% | 6.98% | 1.99% | -2.78% |
| (Q1) EPS Est Mthly Chg | -5.49% | 0.00% | -0.22% | 3.01% | 2.80% | -5.10% |

## Zacks Rank Education

The Zacks Rank is calculated from four primary inputs: Agreement, Magnitude, Upside and Surprise.

### Agreement

This is the extent which brokerage analysts are revising their earnings estimates in the same direction. The greater the percentage of estimates being revised higher, the better the score for this component.

For example, if there were 10 estimate revisions over the last 60 days, with 8 of those revisions up, and the other 2 down, then the agreement factor would be 80% positive. If, however, 8 were to the downside with only 2 of them up, then the agreement factor would be 80% negative. The higher the percentage of agreement the better.



### Magnitude

This is a measure based on the size of the recent change in the current consensus estimates. The Zacks Rank looks at the magnitude of these changes over the last 60 days.

In the chart to the right, the display shows the consensus estimate from 60-days ago, 30-days ago, 7-days ago, and the most current estimate The difference between the current estimate and the estimate from 60-days ago is displayed as a percentage. A larger positive percentage increase will score better on this component.



### Upside

This is the difference between the most accurate estimate, as calculated by Zacks, and the consensus estimate. For example, a stock with a consensus estimate of $1.00, and a most accurate estimate of $1.05 will have an upside factor of 5%.

This is not an indication of how much a stock will go up or down. Instead, it's a measure of the difference between these two estimates. This is particularly useful near earnings season as a positive upside percentage can be used to help predict a future surprise.



### Surprise

The Zacks Rank also factors in the last few quarters of earnings surprises. Companies that have positively surprised in the recent past have a tendency of positively surprising again in the future (or missing if they recently missed).

A stock with a recent track record of positive surprises will score better on this factor than a stock with a history of negative surprises. These stocks will have a greater likelihood of positively surprising again.



## Zacks Style Score Education

The Zacks Style Score is as a complementary indicator to the Zacks Rank, giving investors a way to focus on the best Zacks Rank stocks that best fit their own stock picking preferences.

Academic research has proven that stocks with the best Growth, Value, and Momentum characteristics outperform the market. The Zacks Style Scores rate stocks on each of these individual styles and assigns a rating of A, B, C, D and F. An A, is better than a B; a B is better than a C; and so on.

As an investor, you want to buy stocks with the highest probability of success. That means buying stocks with a Zacks Rank #1 or #2, Strong Buy or Buy, which also has a Style Score of an A or a B.



## Disclosures

**The analysts contributing to this report do not hold any shares of this stock. The EPS and revenue forecasts are the Zacks Consensus estimates.** Additionally, the analysts contributing to this report certify that the views expressed herein accurately reflect the analysts' personal views as to the subject securities and issuers. Zacks certifies that no part of the analysts compensation was, is, or will be, directly or indirectly, related to the specific recommendation or views expressed by the analyst in the report. Additional information on the securities mentioned in this report is available upon request. This report is based on data obtained from sources we believe to be reliable, but is not guaranteed as to accuracy and does not purport to be complete. Because of individual objectives, the report should not be construed as advice designed to meet the particular investment needs of any investor. Any opinions expressed herein are subject to change. This report is not to be construed as an offer or the solicitation of an offer to buy or sell the securities herein mentioned. Zacks or its officers, employees or customers may have a position long or short in the securities mentioned and buy or sell the securities from time to time. Zacks uses the following rating system for the securities it covers which results from a proprietary quantitative model using trends in earnings estimate revisions. This model is proven most effective for judging the timeliness of a stock over the next 1 to 3 months. The model assigns each stock a rank from 1 through 5. Zacks Rank 1 = Strong Buy. Zacks Rank 2 = Buy. Zacks Rank 3 = Hold. Zacks Rank 4 = Sell. Zacks Rank 5 = Strong Sell. We also provide a **Zacks Industry Rank** for each company which provides an idea of the near-term attractiveness of a company s industry group. We have 264 industry groups in total. Thus, the Zacks Industry Rank is a number between 1 and 264. In terms of investment attractiveness, the higher the rank the better. Historically, the top half of the industries has outperformed the general market.