# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE MYLAN, N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR <br><br> CLASS ACTION |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Colin J. Callahan, local counsel for Lead Plaintiff Public Employees' Retirement System of Mississippi, has changed his address to the following effective immediately:

> 436 Seventh Avenue
> Koppers Building, Ste. 2100
> Pittsburgh, PA 15219
> 412-213-4246
> ccallahan@flannerygeorgalis.com

Included here are an updated telephone number and e-mail, e-mail remains unchanged. Please send all mailed correspondence to the above-stated address.

Respectfully submitted,

*/s/ Colin J. Callahan*
Colin J. Callahan (PA Bar No. 328033)
FLANNERY GEORGALIS, LLC
436 Seventh Avenue
Koppers Building, Ste. 2100
Pittsburgh, PA, 15219
(412) 213-4246
ccallahan@flannerygeorgalis.com

*Liaison Counsel for Lead Plaintiff the Public Employees' Retirement System of Mississippi*