**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully submit this Notice of Supplemental Authority to apprise the Court of a recent decision relevant to the issues to be addressed during the upcoming oral argument on Plaintiff's Motion to Clarify (D.I. 95) and Defendants' Motion for Judgment on the Pleadings (D.I. 105) (together, the "Motions").  The district court's decision granting a motion to dismiss securities fraud claims in *Eden Alpha CI LLP v. Polished.com Inc.*, --- F. Supp. 3d ----, 2025 WL 296998 (E.D.N.Y. Jan. 24, 2025) (attached hereto as Exhibit A), is relevant on the issue of scheme liability. The alleged scheme in *Eden Alpha* involved forging customer and delivery signatures, lying to credit card companies, and employing undocumented workers. *See* Ex. A at *3.  The court dismissed the plaintiff's scheme liability claim because those "purported acts of fraud" were committed against "[the Company], customers, and credit card companies," and did "not establish a deceptive scheme to defraud *investors*." *Id.* at *30 (emphasis original).

In addition, Defendants write to update the Court that the following cases cited in their briefing on the Motions have since been affirmed:

- *In re Ocugen, Inc. Securities Litigation*, 2023 WL 2351695 (E.D. Pa. March 3, 2023) (cited in D.I. 106, at 20 and D.I. 111, at 13), was affirmed by the Third Circuit, at 2024 WL 1209513 (3d Cir. Mar. 21, 2024) (attached hereto as Exhibit B).

- *Teamsters Local 237 Welfare Fund v. ServiceMaster Global Holdings, Inc.*, 2022 WL 5236833 (W.D. Tenn. Oct. 5, 2022) (cited in D.I. 106, at 17-18, 20), was affirmed by the Sixth Circuit, at 83 F.4th 514 (6th Cir. 2023) (attached hereto as Exhibit C).

- *Kolominsky v. Root, Inc.*, 2023 WL 3215056 (S.D. Ohio Mar. 31, 2023) (cited in D.I. 106, at 20), was affirmed by the Sixth Circuit, at 100 F.4th 675 (6th Cir. 2024) (attached hereto as Exhibit D).

2

Dated: May 9, 2025

Respectfully submitted,

By: /s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
eseite@wsgr.com

Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks*

## <u>CERTIFICATE OF SERVICE</u>

I, Nina F. Locker, attorney for Defendants, hereby certify that on this 9th day of May, 2025,

I served a true and correct copy of Defendants' Notice of Supplemental Authority on all parties

and/or their counsel via the Court's ECF electronic filing system.

Dated: May 9, 2025

Respectfully submitted,

By: /s/ *Nina F. Locker*
Nina F. Locker (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
nlocker@wsgr.com
eseite@wsgr.com

Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather*
*Bresch, Rajiv Malik, and Kenneth Parks*