### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, <br><br> Plaintiff, <br><br> v. <br><br> MYLAN N.V.; HEATHER BRESCH; RAJIV MALIK; and KENNETH PARKS, <br><br> Defendants. | 2:20-CV-955 |

| Hearing Type: | Oral Argument |
|---|---|
| Date: | 5/21/2025 |
| Before: | Judge J. Nicholas Ranjan |

| Counsel for Plaintiff | Salvatore Graziano; Katherine Sinderson; Andrew Zivitz; and Colin Callahan |
|---|---|
| Counsel for Defendants | Nina Locker; Evan Seite; Sheryl Bassin; and William Pietrogallo, II |
| Court Reporter | S. Siatkowski |
| Law Clerk | HS |
| Start Time | 10:00 a.m. |
| End Time | 11:10 a.m. |

### SUMMARY OF PROCEEDINGS:

Laken Ryals, corporate representative of Plaintiff, present via telephone.

Oral argument held on Plaintiff's Motion for Clarification (ECF 95) and Defendants' Motion for Judgment on the Pleadings (ECF 105).