**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | ) ) ) ) ) | 2:20-cv-955-NR |

## <u>ORDER</u>

**AND NOW**, this **8th day of July, 2025**, for the reasons stated in the foregoing opinion, the Court **DENIES** Plaintiff's motion for clarification (ECF 95).

Date: July 8th, 2025

BY THE COURT:

<u>/s/ J. Nicholas Ranjan</u>
United States District Judge