**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | ) ) ) ) ) |  2:20-cv-955-NR |

## <u>ORDER</u>

**AND NOW**, this **8th day of July, 2025**, for the reasons stated in the foregoing opinion, the Court **DENIES** Defendants' motion for judgment on the pleadings (ECF 105).

Date: July 8th, 2025

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge