**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE MYLAN N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR |

**DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL**
**PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks (collectively, "Defendants") respectfully move this Court to certify its July 8, 2025 Order for interlocutory appeal under 28 U.S.C. § 1292(b). Specifically, Defendants request that the Court certify the question of whether Rule 8(a) or Rule 9(b) supplies the pleading standard for loss causation in a securities fraud claim. The Court, following other district courts within the Third Circuit, rejected the heightened pleading standard of Rule 9(b). The majority of circuits to address the issue (the Fourth, Ninth, Seventh, and Eleventh Circuits) have gone the other way, applying the heightened standard, while two circuits (the Fifth and Sixth) apply Rule 8(a). The Third Circuit has not yet addressed the issue, making it ripe for resolution.

Thus, as set forth more fully in Defendants' contemporaneously filed memorandum of law, certification is warranted because the order involves a controlling question of law as to which there is substantial ground for difference of opinion and an immediate appeal will materially advance the ultimate termination of the litigation. Defendants respectfully request oral argument.

Dated: August 22, 2025

Respectfully submitted,

By: */s/ Nina F. Locker*
Nina F. Locker (CA 123838) (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Facsimile: (866) 974-7329
nlocker@wsgr.com

Mark R. Yohalem (*pro hac vice pending*)
Madelyn Y. Chen (*pro hac vice pending*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
mark.yohalem@wsgr.com

Sheryl Shapiro Bassin (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
msommer@wsgr.com
sbassin@wsgr.com

William Pietragallo, II (PA I.D. # 16413)
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Facsimile: (412) 263-4200
wp@pietragallo.com

*Counsel for Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a true and correct copy of the foregoing document was filed via the Electronic Case Filing (ECF) System, which will be forwarded to all counsel of record.

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: */s/ Nina F. Locker*
NINA F. LOCKER