**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN, N.V.<br>SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR<br><br>CLASS ACTION |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Lead Plaintiff the Public Employees' Retirement System of Mississippi ("Lead Plaintiff") and Defendants Mylan N.V., Heather Bresch, Rajiv Malik, and Kenneth Parks (collectively, "Defendants," together with Lead Plaintiff, the "Parties"), through their undersigned counsel, respectfully move this Court to enter an order granting the Parties' Stipulated Protective Order, attached hereto as Exhibit A, for the protection and exchange of confidential material. In support of this joint Motion, the Parties state as follows:

1.      Following the Parties' submission of an updated Rule 26(f) Report, on August 6, 2025, the Court ordered the Parties to file a proposed Protective Order by September 3, 2025. *See* ECF No. 129.

2.      On September 3, 2025, the Parties filed a Joint Motion for Extension of Time to File the Stipulated Protective Order so that the Parties could reach an agreement regarding certain terms relating to access to information that will be produced pursuant to the Protective Order. *See* ECF No. 138.

3.      On September 9, 2025, the Court granted the Parties' Joint Motion for Extension of Time to File the Stipulated Protective Order and ordered the Parties to submit a proposed Protective Order by September 16, 2025. *See* ECF No. 141.

4.      After continued negotiations, the Parties agreed to a proposed Stipulated Protective Order governing the treatment of confidential information that will be disclosed in this matter.

WHEREFORE, the Parties jointly request that this Honorable Court so order the Stipulated

Protective Order attached hereto as Exhibit A.


Dated: September 16, 2025

Respectfully submitted,

s/ *Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1251 Avenue of the Americas, 44th Floor
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Salvatore@blbglaw.com
KatieM@blbglaw.com


Andrew L. Zivitz (PA I.D. # 76554) (*pro hac vice*)
Jennifer L. Joost (PA I.D. # 204193)
Nathaniel C. Simon (PA I.D. # 326467)
**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
azivitz@ktmc.com
dbocian@ktmc.com
nsimon@ktmc.com


John Davidson (*pro hac vice*)
**DAVIDSON BOWIE, PLLC**
1062 Highland Colony Parkway, Suite 275
Ridgeland, Mississippi 39157
Telephone: (601) 932-0028
jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff Public*
*Employees' Retirement System of Mississippi*


Colin Callahan (PA I.D. #328033)
**FLANNERY GEORGALIS, LLC**
707 Grant Avenue, Suite 2750
Pittsburgh, Pennsylvania 15219

s/ *Nina F. Locker*
**WILSON SONSINI GOODRICH &**
**ROSATI, P.C.**
Nina F. Locker (*pro hac vice*)
Evan L. Seite (*pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300
Fax: (866) 974-7329
nlocker@wsgr.com
eseite@wsgr.com


Michael S. Sommer (*pro hac vice*)
Sheryl Shapiro Bassin (*pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Fax: (866) 974-7329
msommer@wsgr.com
sbassin@wsgr.com


**PIETRAGALLO GORDON ALFANO**
**BOSICK & RASPANTI, LLP**
William Pietragallo, II (PA I.D. # 16413)
Quintin DiLucente (PA I.D. # 330648)
One Oxford Centre, 38th Floor
Pittsburgh, Pennsylvania 15219
Telephone: (412) 263-1818
Fax: (412) 263-4200
wp@pietragallo.com
qd@pietragallo.com


*Counsel for Defendants Mylan N.V., Heather*
*Bresch, Rajiv Malik, and Kenneth Parks*

Telephone: (412) 254-8602
ccallahan@flannerygeorgalis.com

*Liaison Counsel for Lead Plaintiff*