**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE MYLAN, N.V. SECURITIES LITIGATION | Master File No. 2:20-cv-00955-NR<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL**
**OF SETTLEMENT AND PLAN OF ALLOCATION**

Pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated February 19, 2026 (Dkt. No. 150), Lead Plaintiff the Public Employees' Retirement System of Mississippi, on behalf of itself and the Settlement Class, respectfully moves this Court before the Honorable J. Nicholas Ranjan, on June 15, 2026 at 10:00 a.m. by hearing to be held by Zoom videoconference, or at such other location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable, and adequate; and entry of an Order approving the proposed Plan of Allocation as fair, reasonable and adequate.

Lead Plaintiff's motion is supported by (a) the Joint Declaration of Katherine M. Sinderson and Andrew L. Zivitz in Support of (I) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (b) the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (c) all other papers and proceedings herein. A final proposed Judgment and a proposed Order approving the proposed Plan of Allocation will be submitted with Lead Plaintiff's reply papers after the deadline for objecting to the Settlement and Plan of Allocation or requesting exclusion from the Settlement Class has passed.

Dated: May 1, 2026

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER &**
   **GROSSMANN LLP**

By: */s Katherine M. Sinderson*
Katherine M. Sinderson (admitted *Pro Hac Vice*)
Salvatore J. Graziano (admitted *Pro Hac Vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: katiem@blbglaw.com
      salvatore@blbglaw.com

**KESSLER TOPAZ MELTZER**
   **& CHECK, LLP**

By: */s Andrew L. Zivitz*
Andrew L. Zivitz (PA I.D. # 76554) (*Pro Hac Vice*)
David A. Bocian (PA I.D. # 315542) (*Pro Hac Vice*)
Nathaniel C. Simon (PA I.D. # 326467)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: azivitz@ktmc.com
      dbocian@ktmc.com
      nsimon@ktmc.com

Jennifer L. Joost (PA I.D. # 204193) (*Pro Hac Vice*)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001
Email: jjoost@ktmc.com

*Lead Counsel for Lead Plaintiff*
*and the Settlement Class*

**DAVIDSON BOWIE, PLLC**
John Davidson (admitted *Pro Hac Vice*)
1062 Highland Colony Parkway, Suite 275
Ridgeland, MS 39157
Telephone: (601) 932-0028
Email: jdavidson@dbslawfirm.net

*Additional Counsel for Lead Plaintiff*


**FLANNERY GEORGALIS, LLC**
Colin Callahan (PA I.D. # 328033)
436 Seventh Avenue
Pittsburgh, PA 15219
Telephone: (412) 254-8602
Email: ccallahan@flannerygeorgalis.com

*Liaison Counsel for Lead Plaintiff*
*and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Katherine M. Sinderson, hereby certify that on May 1, 2026, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's CM/ECF automated filing system.

*/s/ Katherine M. Sinderson*
Katherine M. Sinderson
